# EXHIBIT B

| '930 Claim 1 | StringKing Flyer 1 Glove |
|---|---|
| A protective sports glove having a palmar section configured for covering a wearer's palm, the protective sports glove comprising: | A |
| a unitary dorsal panel configured to attach to the palmar section and cover the back of said wearer's hand including at least four fingers, | B |
| the dorsal panel consisting of an integrally-molded elastomeric member formed with a main section and adjacent finger sections sharing a common zero-elevation surface and | C |
| a patterned array of foam protective pads each defining an individual island raised from said zero-elevation surface, | D |
| said patterned array of foam protective pads including a plurality of foam protective pads extending along each finger section, | E |
| the foam protective pads within each finger section being aligned end-to-end and separated from adjacent foam protective pads by interstitial channels having a width within a range of from 1-4mm, | F |
| and a border flange circumscribing said finger sections of said dorsal panel, said border flange protruding outward from said zero-elevation surface around said finger sections, and protruding outward at an acute bevel angle relative to said zero-elevation surface around at least four of said adjacent finger sections. | G |

