# EXHIBIT D



Durable, comfortable Ax Suede palm with engineered mesh vents

Layered cuff design for enhanced range of motion and protection

**SPECS**

**Position:** Attack, Middie, Defense, FOGO

**Skill Level:** Elite

**Available Sizes:** M, L, XL

U.S. Patent # 10,201,744

U.S. Patent # 11,191,311

U.S. Patent # 12,274,930