# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STX, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STRINGKING, INC. <br><br> Defendant. | C.A. No.: <br><br> **JURY TRIAL DEMANDED** |

## DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff, STX, LLC, ("STX"), by and through its undersigned counsel, set forth the following information in accordance with Fed. R. Civ. P. 7.1:

Wm. T. Burnett & Co., and Wm. T. Burnett IP, LLC, are the parent companies to STX. STX is a member of the parent company and states that no publicly held corporation or affiliate owns 10% or more of its stock.

Dated: November 6, 2025

Respectfully submitted,

/s Stephanie S. Riley
Stephanie S. Riley (#5803)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Stephanie.Riley@wbd-us.com

*Attorney for STX, LLC*

*Of Counsel:*

James K. Archibald (*pro hac vice* forthcoming)
Special Counsel
STX, LLC
1500 Bush Street
Baltimore, MD  21230
Telephone: (443) 253-8833
Facsimile: (410) 454-0141
jima@wmtburnett.com