# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STX, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STRINGKING, INC. <br><br> Defendant. | C.A. No.: 25-1359-JLH-EGT |

## REQUEST FOR ORAL ARGUMENT

Plaintiff STX, LLC ("STX") respectfully requests oral argument on STX's Partial Motion to Dismiss Defendant StringKing, Inc.'s Counterclaims (D.I. 26). The parties completed briefing on this Motion January 27, 2026.

Dated: February 2, 2026

*Of Counsel:*

James K. Archibald
Special Counsel
STX, LLC
1500 Bush Street
Baltimore, MD 21230
Telephone: (443) 253-8833
jima@wmtburnett.com

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Barry.Herman@wbd-us.com
Julie.Giardina@wbd-us.com

Respectfully submitted,

*/s/ Stephanie S. Riley*
Stephanie S. Riley (#5803)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Stephanie.Riley@wbd-us.com

*Attorneys for STX, LLC*