# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STX, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>STRINGKING, INC.<br><br>       Defendant. | C.A. No.: 25-1359-JLH-EGT |

## REQUEST FOR ORAL ARGUMENT

Plaintiff STX, LLC ("STX") respectfully requests oral argument on STX's Motion to Disqualify (D.I. 23). The parties completed briefing on this Motion January 27, 2026.

Dated: February 2, 2026

*Of Counsel:*

James K. Archibald
Special Counsel
STX, LLC
1500 Bush Street
Baltimore, MD 21230
Telephone: (443) 253-8833
jima@wmtburnett.com

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Barry.Herman@wbd-us.com
Julie.Giardina@wbd-us.com

Respectfully submitted,

*/s/ Stephanie S. Riley*
Stephanie S. Riley (#5803)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Stephanie.Riley@wbd-us.com

*Attorneys for STX, LLC*