**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STX, LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>STRINGKING, INC.<br><br>    Defendant. | C.A. No.: 25-1359-JLH-EGT |

## <u>AMENDED MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE</u>

Plaintiff STX, LLC ("STX") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- STX's request to stay discovery and/or for a protective order relating to discovery served by Defendant StringKing, Inc. ("StringKing"), including interrogatories, requests for production, requests for admission, and the noticed deposition of Partick McKernan, until resolution of STX's pending Motion to Disqualify (D.I. 23; D.I. 24).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet and confer by telephone on January 15, 2026 for a duration of 30 minutes:

<u>Delaware Counsel</u>: Stephanie S. Riley (STX) and Andrew E. Russell (StringKing)

<u>Lead Counsel</u>: Barry J. Herman & Julie C. Giardina (STX) and Jesse J. Camacho (StringKing).

The parties are available for a teleconference on the following dates:

- February 6, 2026

- February 9, 2026

- February 10, 2026

This dispute is the first time that a discovery or protective order dispute has been brought before the Court.

Dated: February 2, 2026

*Of Counsel:*

James K. Archibald
Special Counsel
STX, LLC
1500 Bush Street
Baltimore, MD 21230
Telephone: (443) 253-8833
jima@wmtburnett.com

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Barry.Herman@wbd-us.com
Julie.Giardina@wbd-us.com

Respectfully submitted,

*/s/ Stephanie S. Riley*
Stephanie S. Riley (#5803)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Stephanie.Riley@wbd-us.com

*Attorneys for STX, LLC*