**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

STX, LLC,

       Plaintiff,

          v.

STRINGKING, INC.

       Defendant.

C.A. No.: 25-1359-JLH-EGT

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of STX, LLC's

Objections and Responses to StringKing, Inc.'s First Set of Discovery Requests was served on

February 27, 2026 upon the following attorneys of record via electronic mail:

| | |
|---|---|
| Andrew E. Russell | Jesse J. Camacho |
| SHAW KELLER LLP | PRACTUS, LLP |
| I.M. Pei Building | 3810 NE 95th Street |
| 1105 North Market Street, 12th Floor | Kansas City, MO 64156 |
| Wilmington, DE 19801 | (816) 343-4301 |
| Telephone: (302) 298-0700 | jesse.camacho@practus.com |
| arussell@shawkeller.com | |

Dated: March 2, 2026

*Of Counsel:*

James K. Archibald
Special Counsel
STX, LLC
1500 Bush Street
Baltimore, MD 21230
Telephone: (443) 253-8833
jima@wmtburnett.com

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP

*/s/ Stephanie S. Riley*
Stephanie S. Riley (#5803)
Alexander P. Wharton (#7304)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Stephanie.Riley@wbd-us.com
Alexander.Wharton@wbd-us.com

*Attorneys for STX, LLC*

100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Barry.Herman@wbd-us.com
Julie.Giardina@wbd-us.com