IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STX, LLC, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 25-1359-JLH-EGT |
| | ) | |
| STRINGKING, INC., | ) | |
| | ) | |
|       Defendant. | ) | |

**STRINGKING'S STATEMENT OF FACTS**

StringKing provides this Concise Statement of Facts in support of its Motion for Summary Judgment on Priority Date as required by the Court's Scheduling Order. D.I. 11 ¶ 16(b).

**Facts relevant to acquiescence estoppel.**

1.      The asserted patent is U.S. Pat. No. 12,274,930 ("the '930 Patent"). D.I. 1 at ¶ 9.

2.      The application leading to the '930 Patent is U.S. App. No. 17/681,152 ("the '152 Application"). D.I. 1-1 at 2, ln. 21.

3.      The '152 Application is a CIP (continuation-in-part) of U.S. App. No. 16/241,454 ("the '454 Application"). D.I. 1-1 at 2, ln. 63.

4.      During prosecution of the '454 Application, the PTO issued a final office action on August 25, 2021. Ex. 7 at 2.

5.      That final office action included a final rejection that finally rejected a set of claims for lack of written description of the recited "a border flange and various limitations to the border flange." Ex. 7 at 4.

6.      The applicant did not appeal the rejection, instead allowing the '454 Application to go abandoned. Ex. 9 at 2.

7. Before allowing the '454 to go abandoned, the applicant filed the '152 Application. D.I. 1-1 at 2, ln. (63); Ex. 8.

8. The '152 Application led to the issuance of the '930 patent. D.I. 1-1 at 1.

9. All claims of the '930 patent recite border-flange limitations. D.I. 1-1 at claims 1, 16, 17, 19.

10. The '930 patent includes additional disclosure of a border flange beyond what was included in the '454 App. *See, e.g.*, D.I. 1-1 at FIGs. 2, 5-8, 9, and cols. 9:53-10:45.

**Facts relevant to judicial estoppel.**

11. During prosecution of the asserted patent, the USPTO determined that the effective filing date of any claim reciting a "bevel angle" was the application's filing date of February 25, 2022. *See* Ex. 10. *See, also*, D.I. 40 at 3 (STX acknowledging that in "a March 28, 2024 Office Action, the Examiner stated '[t]he effective filing date of claim 1 and its dependent claims is 2/25/22 as claim 1 recites a bevel angle.'").

12. STX "chose as a matter of strategy to accept allowable subject matter, and did not respond to, contest, or make any additional disclosures in view of the Examiner's statement regarding the effective filing date." D.I. 40 at 3.

**Facts relevant to lack of written-description support of the "acute bevel angle" limitation.**

13. Claim 1 of the '930 patent recites a "border flange protruding outward from said zero-elevation surface around said finger sections, and protruding outward at an acute bevel angle relative to said zero-elevation surface around at least four of said adjacent finger sections." D.I. 1-1 at claim 1.

14. Claim 16 recites a "border flange protruding outward from said zero-elevation

2

surface around said adjacent finger sections, and protruding outward at an acute bevel angle relative to said zero-elevation surface around at least four adjacent finger sections." D.I. 1-1 at claim 16.

15.    Claim 17 recites a "border flange protruding from said zero-elevation surface at an acute bevel angle relative thereto around at least two adjacent finger sections." D.I. 1-1 at claim 17.

16.    The '454 parent application does not provide written description support for an "acute bevel angle" or "bevel angle." *See* Ex. 12.

17.    The '930 patent describes a sectioned border flange that includes at least two sections labeled 166a and 166b. D.I. 1-1 at FIG. 2. The '930 patent describes a sectioned border flange. D.I. 1-1 at col. 7, ll. 55-63 ("a first (grey-shaded) section 166a of the border flange 166 surrounding four fingers protrudes at the acute bevel angle . . . , and a second (grey-shaded) section surrounding the thumb protrudes at the same acute bevel angle . . . . All other sections 166b of the border flange 166 (not grey shaded) protrude horizontal to the zero-elevation surface 54."). The full scope of the recited "border flange" laminations in the claims of the '930 patent are broad enough to include the border flange described in the '930 patent.

18.    The '454 application does not provide written description support for a sectioned border flange. Ex. 12.

**Additional Facts.**

19.    The filing date of the asserted patent is February 25, 2022. D.I. 1-1 at 1, ln. (22).

Respectfully submitted,

*/s/ Virginia K. Lynch*
Andrew E. Russell (No. 5382)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
glynch@shawkeller.com
*Attorneys for Defendant StringKing, Inc.*

OF COUNSEL:
Jesse J. Camacho
PRACTUS LLP
3810 NE 95th ST
Kansas City, MO 65156
(816) 343-4301

Dated: April 24, 2026

4