**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

STX, LLC,

       Plaintiff,

          v.

STRINGKING, INC.

       Defendant.

C.A. No. 25-1359-JLH-EGT

**DECLARATION OF JULIE C. GIARDINA IN SUPPORT OF
PLAINTIFF STX, LLC'S OPPOSITION TO STRINGKING'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT ON PRIORITY DATE</u>**

I, Julie C. Giardina, hereby declare as follows:

1.     I am an attorney at Womble Bond Dickinson (US) LLP, admitted *pro hac vice* to practice before this Court, and I represent Plaintiff STX, LLC ("STX") in the above captioned action.

2.     I am over the age of 18 and have personal knowledge of the facts recited herein and could testify competently thereto.

3.     I submit this declaration in support of STX's Opposition to Defendant StringKing, Inc.'s ("StringKing") Motion for Partial Summary Judgment on Priority Date ("Motion").

4.     Attached as Exhibit 1 is STX's Concise Statement of Material Facts to Which There Is a Genuine Issue to Be Tried.

5.     Attached as Exhibit 2 is a true and correct annotated copy an excerpt from the prosecution history of U.S. Patent App. No. 17/681,152 (the "'152 Application"), specifically the Examiner's Non-Final Office Action issued on March 28, 2024.

1

6. Attached as Exhibit 3 is a true and correct annotated copy of an excerpt from the prosecution history of the '152 Application, specifically the Examiner's Notice of References Cited issued on March 28, 2024.

7. Attached as Exhibit 4 is a true and correct copy of an excerpt from the prosecution history of the '152 Application, specifically Applicant's Reply to the March 28, 2024 Non-Final Office Action filed on June 24, 2024.

8. Attached as Exhibit 5 is a true and correct annotated copy of an excerpt from the prosecution history of the '152 Application, specifically the Notice of Allowance issued on November 27, 2024.

9. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 12,274,930 (the "'930 Patent").

10. Attached as Exhibit 7 is a true and correct copy of an excerpt from the prosecution history of U.S. Patent App. No. 16/241,454 (the "'454 Application"), specifically the Application Data Sheet filed on January 7, 2019.

11. Attached as Exhibit 8 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically the Filing Receipt filed on February 1, 2019.

12. Attached as Exhibit 9 is a true and correct copy of an excerpt from the prosecution history of the '454 Application, specifically the original claims filed on January 7, 2019.

13. Attached as Exhibit 10 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically the Examiner's Non-Final Office Action issued on September 4, 2020.

14.     Attached as Exhibit 11 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically Applicant's Reply to the September 4, 2020 Non-Final Office Action filed on January 4, 2021.

15.     Attached as Exhibit 12 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically the Examiner's Non-Final Office Action issued on May 4, 2021.

16.     Attached as Exhibit 13 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically Applicant's Reply to the May 4, 2021 Non-Final Office Action filed on August 4, 2021.

17.     Attached as Exhibit 14 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically the Examiner's Final Office Action issued on August 25, 2021.

18.     Attached as Exhibit 15 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically Applicant's Reply to the August 25, 2021 Final Office Action filed on January 25, 2022.

19.     Attached as Exhibit 16 is a true and correct annotated copy of an excerpt from the prosecution history of the '454 Application, specifically the Examiner's Advisory Action issued on February 4, 2022.

20.     Attached as Exhibit 17 is a true and correct copy of U.S. Patent App. Pub. No. 2019/0381386.

21.     Attached as Exhibit 18 is a true and correct annotated copy of an excerpt from the prosecution history of U.S. Patent App. No. 19/036,972 (the "'972 Application"), specifically the Examiner's Non-Final Office Action issued on September 5, 2025.

3

22.     Attached as Exhibit 19 is a true and correct annotated copy of an excerpt from the prosecution history of the '972 Application, specifically the Examiner's Notice of Allowance issued on April 2, 2026.

23.     Attached as Exhibit 20 is a true and correct copy of an excerpt from the prosecution history of the '972 Application, specifically the Information Disclosure Statement by Applicant filed on February 9, 2026.

24.     Attached as Exhibit 21 is a true and correct copy of an excerpt from the prosecution history of the '972 Application, specifically the Terminal Disclaimer and Approval Letter filed on February 5, 2026.

25.     Attached as Exhibit 22 is a true and correct annotated copy of an excerpt from the prosecution history of the '972 Application, specifically Applicant's Reply to the September 5, 2025 Office Action filed on February 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of April 2026.

/s/ Julie C. Giardina
Julie C. Giardina

4