# EXHIBIT 3

| | | Application/Control No. 17/681,152 | | Applicant(s)/Patent Under Reexamination Kucharsky et al. | |
|---|---|---|---|---|---|
| *Notice of References Cited* | | Examiner KATHERINE M MORAN | | Art Unit 3732 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-9241519-B2 | 2016-01-26 | Jaeger; Eric M. | A41D19/01523 | 1/1 |
| * | B | US-10342274-B2 | 2019-07-09 | Lim; Hardy | A41D19/01505 | 1/1 |
| * | C | US-20150143599-A1 | 2015-05-28 | Binge; William G. | A63B71/141 | 2/16 |
| * | D | US-20220354198-A1 | 2022-11-10 | Zhao; Wei | A41D19/01523 | 1/1 |
| * | E | US-4570269-A | 1986-02-18 | Berlese; Remo | A41D27/28 | D29/117.1 |
| * | F | US-9839831-B2 | 2017-12-12 | Brown; Austin | A63B71/143 | 1/1 |
| * | G | US-20190357612-A1 | 2019-11-28 | SAFFORD; Kenneth | A41D19/01505 | 1/1 |
| * | H | US-20150047087-A1 | 2015-02-19 | CONTANT; Mathieu | A63B71/143 | 2/16 |
| * | I | US-20160325173-A1 | 2016-11-10 | Leary; Kevin | A41D19/01523 | 1/1 |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20240318