# EXHIBIT 11

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Appln of:    Abdelmalek, Anthony            Filed:      January 7, 2019

Application No.: 16/241,454                        Examiner: Moran, Katherine M

Conf. No.:        9309                             Art Unit:   3732

Attorney Docket: *54322.139174-CON*

For:              STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES
                  AND OTHER PROTECTIVE GEAR

**Mail Stop Amendment**
**Non-Fee**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

*          *          *

AMENDMENT

Madam:

Responsive to the Office Action dated 4 September 2020, the time to respond which is

herein extended by one (1) month to 4 January 2021, please enter the following Amendment and

consider the following remarks.

8571358.1  54322/139174  01/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page  2*

AMENDMENTS IN THE CLAIMS

Please amend claims 1, 5, 15 and 17 as set forth in the complete claim listing below. Claims This listing of claims will replace all prior versions and listings of claims in the application.

1.    (Currently Amended) In a [[A]] protective sports glove having a palmar section configured for covering a wearer's palm, comprising:

a unitary dorsal panel stitched to the palmar section, the dorsal panel consisting of an integrally-molded member formed with a zero-elevation surface and a waffle-pattern array of foam protective pads formed as each defining an individual island[[[s]] raised from [[a]] said zero-elevation surface, said foam protective pads being separated from each other by interstitial channels having a width within a range of from 1-4mm between the discrete foam protective pads; and

a palmar section connected to the dorsal section.

2.    (Original) The protective sports glove according to claim 1, wherein said interstitial channels have a width of approximately 2mm.

3.    (Original) The protective sports glove according to claim 1, wherein said unitary dorsal panel is formed with a border flange surrounding the waffle-pattern array of foam protective pads.

4.    (Original) The protective sports glove according to claim 1, wherein said border flange surrounding the waffle-pattern array of foam protective pads is substantially contiguous.

5.    (Currently Amended) The protective sports glove according to claim 1, wherein said border flange surrounding the waffle-pattern array of foam protective pads has a width within a

8571358.1  54322/139174  01/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 3*

range of <u>4</u> [[2]]-8mm.

6.    (Original) The protective sports glove according to claim 1, wherein said border flange surrounding the waffle-pattern array of foam protective pads has a width within a range of 5-6mm.

7.    (Original) The protective sports glove according to claim 1, wherein said waffle-pattern array of foam protective pads includes quadrilateral shapes.

8.    (Original) The protective sports glove according to claim 1, wherein said waffle-pattern array of foam protective pads includes crescent shapes.

9.    (Original) The protective sports glove according to claim 1, wherein said dorsal panel is fused to a layer of mesh scrim material.

10.    (Original) The protective sports glove according to claim 5, wherein the palmar section is stitched to said border flange surrounding the waffle-pattern array of foam protective pads.

11.    (Original) The protective sports glove according to claim 1, further comprising a lower wrist/forearm portion extending below said unitary dorsal panel.

12.    (Original) The protective sports glove according to claim 11, wherein said lower wrist/forearm portion is configured to encircle a user's forearm below the wrist.

13.    (Original) The protective sports glove according to claim 12, wherein said lower wrist/forearm portion includes an attachment strap configured to secure said lower wrist/forearm portion around said user's forearm below the wrist.

14.    (Original) The protective sports glove according to claim 1, wherein said dorsal panel is comprised of ethylene-vinyl acetate foam.

8571358.1 54322/139174 01/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 4*

15.    (Currently Amended) The protective sports glove according to claim 1, wherein two adjacent foam protective pads of said foam protective pads have trapezoidal side-cross sections.

16.    (Currently Amended) The protective sports glove according to claim 1, wherein at least one of said foam protective pads has an unlevel a curved face.

17. (Currently Amended) In a [[A]] protective sports glove having a palmar section configured for covering a wearer's palm, comprising:

a unitary dorsal panel stitched to the palmar section, the dorsal panel consisting of an integrally-molded panel formed with a main section having a zero-elevation surface and a waffle-pattern array of foam protective pads defined formed as individual islands raised from [[a]] said zero-elevation surface, wherein two or more of said foam protective pads are separated from each other by an interstitial channel,

a main section configured to correspond to the back of a wearer's hand, and

said dorsal panel further comprising five finger sections each protruding from said main section; and

a substantially contiguous border flange surrounding the entire unitary dorsal panel inclusive of said main section and each of said five finger sections.

18. (Original) The protective sports glove according to claim 17, wherein said foam protective pads are positioned on both said main section and said five finger sections.

19. (Original) The protective sports glove according to claim 17, further comprising a palmar section stitched to the unitary dorsal panel along at least a portion of said border flange surrounding said five finger sections.

20. (Original) The protective sports glove according to claim 17, wherein said border flange

8571358.1  54322/139174  01/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 5*

along adjacent finger sections is configured to avoid interference.

21.(Original - renumbered) The protective sports glove according to claim 17, wherein said border flange along a portion of said five finger sections comprises one or more slits for added flexibility.

22.(Original - renumbered) The protective sports glove according to claim 17, wherein a top surface of said border flange is sloped relative to said zero-elevation surface.

*U.S. Patent Application 16/241,454*
*for STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…*
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 6*

## REMARKS

This Amendment is submitted in response to the non-final Office Action dated 4 September 2020.  Claims 1, 5, 15 and 17 are herein amended, and claims 20 (second occurrence) through 21 are renumbered.  Claims 1-22 remain pending.

### *Objections to the Drawings*

The drawings are objected to under 37 CFR 1.83(a) for failing to show the *palmar section connected to the dorsal section (panel) formed with a waffle-pattern array of foam protective pads formed as individual islands raised from a zero-elevation surface, the foam protective pads separated from each other by interstitial channels.* The only missing recitation is a "palmar section connected to the dorsal section."[1]  Applicant herein amends claim 1 to move the palmar section to the preamble.  No corrected drawing sheets are thought to be necessary.

### *Objections to the Specification*

The specification is objected to as failing to provide proper antecedent basis for the curved-face protective pads of claim 16.  Applicant herein amends claim 16 to recite an "*unlevel face.*"

### *Claim Rejections – 35 USC § 112*

The Examiner rejects claims 1-16 under 35 U.S.C. 112(b) because claim 1 lacks antecedent for "the discrete foam protective pads" and "the dorsal section". However, "the foam protective pads" has proper antecedent and "the discrete" is being properly used as an adjective

---

[1] The Examiner is respectfully directed to FIG. 3 which shows (as [0029] describes) a "unitary dorsal panel 40 having an array of protective pads 54 formed as individual islands raised from a substantially zero-elevation surface 52…with interstitial channels of minimal substrate thickness are formed between the discrete pads 54." Pads 54 may be foam ([0031]) and are arranged in a "waffle-pattern array." [0033]

8571358.1  54322/139174  01/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 7*

in accordance with its plain meaning -- individually separate and distinct—[Websters Online Dictionary].

*Claim Rejections - 35 USC § 102*

Claims 1-4, 7,11, 12 and 16 are rejected under 35 U.S.C. 102 as being anticipated by Contant et al. (US 20150047087). According to the Examiner, Contant discloses each and every limitation of claim 1 including a "unitary dorsal panel 122 formed with a waffle-pattern array of foam protective pads 140 formed as individual islands raised from a zero-elevation surface, the foam protective pads 140 being separated from each other by interstitial channels having a width within a range of from 1-4 mm and approximately 2 mm (par. 57) between the discrete foam protective pads, and a palmar section 120 connected to the dorsal section. Applicant points out that Contant's dorsal panel comprises four separate finger pads 116 and two separate dorsal pads 140, 140' (see Fig. 12 and [0042]), each pad being sandwiched and sewn between lower and upper sheets 120, 122 (see Figs. 10-11 and [0040]). Again, "stitches 30 surround the padding elements 24 to hold the padding elements 24 in place on the dorsal sheet" (Contant at [0033]). Contant does not teach or suggest an entire dorsal panel *consisting of* a unitary member of molded foam formed with a *zero-elevation surface and a waffle-pattern array of foam protective pads each defining an individual island raised from said zero-elevation surface.* Claim 1 is herein amended to distinguish by reciting this exact language. "Consisting of" are words of exclusion, and Applicant submits that Contant cannot meet these limitations. In addition, Contant at [0056] teaches padding elements 140, 240 with a thickness T of approximately 1.75 to 2.0 cm and interstitial channel 150, 250 of approximately 1.0 to 1.5 mm there between. Claim 1 is herein amended to narrow Applicant's claimed range to 2mm to 4mm

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 8*

to further distinguish Contant. Support is found at [0042] It is Applicant's unitary molded construction without sandwiching or seams described above that allows Applicant to increase its interstitial spacing and improve flexibility, tactile feel and economy of manufacture without compromising protection. Contant cannot reasonably achieve such spacing when interstitial channels are formed by stitched seams. Claim 1 is now further distinguished on this basis.

Claims 2, 7, 11, 12 and 16 depend from claim 1 and are similarly distinguished. With regard to claims 3-4 the Examiner credits Contant with a border flange (outer portion including exterior surface 144) surrounding the waffle pattern. As clearly see in Contant Fig. 13 there is no border flange *surrounding the waffle-pattern array* of foam protective pads. A 'flange' is defined as --a projecting rim, collar, or ring…formed to give additional strength, stiffness, or supporting area, or to provide a place for the attachment of other objects.—{Dictionary.com, 2020] Contant's exterior surface 144 is just the side face of dorsal padding element 140 and cannot meet this definition. Claims 3-4 are distinguished on their own merits as well as by virtue of its dependence on claim 1.

Claims 17, 18 and 20 are rejected under 35 U.S.C. 102 as being anticipated by Fisher (U.S. 20140137305). According to the Examiner, Fisher discloses the invention substantially as claimed including unitary dorsal panel 10 formed with a waffle-pattern array of foam protective pads formed as individual islands raised from a zero-elevation surface wherein two or more of the foam protective pads are separated from each other by an interstitial channel 20, 22. Just the opposite (and similar to Contant) Fisher also shows a dorsal pad made with a fabric layer 14 over a foam layer 16. See Fisher's Fig. 6 which is a cross sectional view of a finger tip of the back of the hand impact pad of Fig. 1 taken along line 6-6. See also Fisher's claim 1 which requires:

a. padding material featuring a back of hand shape;

b. a fabric laminated to the padding material;

c. said padding material featuring fold lines generally corresponding to natural bending locations in a wearer's hand.

Once again a critical and novel aspect of Applicant's claimed protective sports glove is the lack of any fabric layer overlying the padding elements. Applicant's publication at [0008] (Background of the Invention) describes how "[i]n … conventional gloves individual foam pads are typically sandwiched between two fabric layers …. However, this conventional construct is relatively thick and fairly rigid in design and compromises flexibility and tactile feel for protection. Flexibility and tactile feel are critical for sports gloves: where deformation is significant causing adjacent pads to come into contact with each other. This arrests/resists further motion. In addition, the inflexibility of the fabric resists stretching and further arrests/resists motion. Consequently, the player tends to lose their tactile feel for the stick, and ultimately their stick handling capability. A PHOSITA would not be motivated to remove Fisher's layer 14 because Fisher teaches away from this…glove fabric 14 serves the important purpose of "protect[ing] the impact foam from mechanical hazards such as abrasion and heat" (Fisher at [0014]). Applicant submits that Fisher's sandwiched padding cannot meet the limitation "a dorsal panel consisting solely of a second layer of molded foam…" Moreover, Fisher's foam 16 does not have five fingers nor a surrounding border flange sewn to the palmar panel. Applicant herein amends claim 17 similar to claim 1 to further distinguish Fisher, claim 17 now requiring "a unitary dorsal panel *stitched to the palmar section*..said dorsal panel further comprising *five* finger sections each protruding from said main section; and *a substantially contiguous border*

*U.S. Patent Application 16/241,454*
*for STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...*
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 10*

*flange surrounding the entire unitary dorsal panel inclusive of said main section and each of said five finger sections.* All of claims 17-21 are distinguished on these bases.

### *Claim Rejections - 35 USC § 103*

Claims 1-4, 7, and 8 are alternately rejected under 35 U.S.C. 103 as being unpatentable over Fisher '305 in view of Contant '087. The Examiner acknowledges that Fisher does not teach channels having a width within a range of from 1-4 mm (par. 57) or have a width of approximately 2 mm between the discrete foam protective pads, and a palmar section 120 connected to the dorsal section. Applicant's above-described amendment to claim 1 to narrow its claimed range to 2mm to 4mm distinguishes Contant and the Fisher/Contant combination.

Claims 5, 6, and 10 are rejected under 35 U.S.C. 103 as being obvious over Fisher in view of Contant as applied to claim 1 above, and further in view of Leary (US 20160325173). The Examiner contends that the limitations of claim 5 (border flange within a range of 2-8mm) only has an effective filing date of 1/7/2019. However, priority application serial no. 14/602,915 filed prior to Leary unequivocally describes a "border surrounding dorsal panel is within a range of from 4-8 mm across, and most preferably a 5-6 mm margin." Applicant herein amends claim 4 to recite a border flange within a range of 4-8mm to regain proper priority and eliminate Leary as prior art.

Claim 9 is rejected under 35 U.S.C. 103 as being unpatentable over Fisher in view of Contant as applied to claim 1 above, and further in view of Shamis et al. (US 20080263738). The Examiner acknowledges that Fisher/Contant do not teach a dorsal panel fused to a layer of mesh scrim material, but Shamis teaches foam cushions 40 fused to scrim 52. However, Shamis only suggests foam 40 "laminated" to scrim 52. 'Lamination' is defined as (3b) to unite (layers

of material) by an adhesive or other means [Merriam Webster Online, 12-8-20] Shamis does not teach fusing foam 40 into scrim 52. 'Fusing' is to reduce to a liquid or plastic state by heat. [Merriam Webster Online, 12-8-20] Therefore, it would not have been obvious to a POSA to modify Fisher/Contant to fuse a layer of mesh scrim material because Shamis doesn't teach fusing, and in any case both Fisher/Contant sandwich their foam and have nothing to fuse scrim to. Claim 9 is distinguished on its own merits as well as by virtue of its dependence on claim 1.

Claim 13 is rejected under 35 U.S.C. 103 as being unpatentable over Fisher in view of Contant as applied to claim 1 above, and further in view of Gibby (US 20120159681). Claim 13 is dependent on claim 1 and is similarly distinguished.

Claim 14 is rejected under 35 U.S.C. 103 as being unpatentable over Fisher in view of Contant as applied to claim 1 above, and further in view of Yamamoto (U.S. 4,768,234). Yamamoto teaches a glove with ethyl vinyl acetate foam pads 1 RF-welded to a dorsal side. The Examiner contends that it would have been obvious to a POSA to make Contant's foam pads EVA foam. The rejection is not prima facie because no motivation for the combination is offered, and in any case the combination would not work with the sandwiched construction of Contant/Fisher. Claim 14 is distinguished on its own merits as well as by virtue of its dependence on claim 1.

Claim 15 is rejected under 35 U.S.C. 103 as being unpatentable over Fisher in view of Contant as applied to claim 1 above, and further in view of Applicant's own Brown et al. (U.S 2014/0143926). Brown is cited for two adjacent foam protective pads with trapezoidal cross sections, but the Examiner is viewing the shape from above. Claim 15 is herein amended to require trapezoidal side-cross-sections, thereby further distinguishing Brown.

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 12*

Claim 19 is rejected under 35 U.S.C. 103 as being unpatentable over Fisher.  The Examiner acknowledges that Fisher doesn't teach a palmar section stitched to a unitary dorsal panel along a border flange surrounding the five finger sections.  The Examiner takes Official Notice that "in the cut and sewn configuration, the palmar section could be stitched to the border flange and the dorsal panel/section in one manufacturing step such that the back, palm and border flange/pad array are aligned as desired and form a unitary glove" and concludes that it would have been obvious to a POSA to stitch the palmar section to the border flange as part of a sewing assembly step that aligns the padded portion with the palm and back.  Official notice is appropriate only "If the knowledge is of such notorious character that official notice can be taken." In re Malcolm, 129 F.2d 529, 54 USPQ 235 (CCPA 1942). Once taken, if the applicant traverses such an assertion the Examiner should cite a reference in support of his or her position. M.P.E.P. Section 2144.03. As indicated above Fisher doesn't teach or suggest a border flange at all, and so in the cut and sewn configuration, the palmar section could not be stitched to the border flange. For at least the foregoing reasons claim 19 is patentably distinguished.

Claims 21 (renumbered) and 22 are rejected under 35 U.S,C. 103 as being unpatentable over Fisher in view of Contant as applied to claim 17 above, and further in view of Berlese (U.S. 4,570,269).  The Examiner acknowledges that Fisher/Contant doesn't teach or suggest slits in the border flange for added flexibility, or slope.  She cites Berlese's slits 26 (col.4, lines 5-8) and adds that there is a slope as the zero-elevation surface transitions to the groove 30. However, groove 30 and slits 26 are completely different and spatially separate things (groove 30 being formed around the entire upper periphery of the pad as a guide for stitching).  Applicant points

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 13*

out that the slope recited in claim 22 is part of the slits of claim 21 and so for at least the

foregoing reasons claim 22 is patentably distinguished.


\*     \*     \*

In light of the foregoing amendments and argument, Applicants assert that all pending

claims are now in condition for allowance.

Respectfully submitted,

Royal W. Craig
Reg. No. 34,145
Attorney for Applicant
Date January 4, 2021

Gordon Feinblatt LLC
233 E. Redwood Street
Baltimore, MD 21202
Direct Dial - (410) 576-4109
Cell: (410) 419-6899
Main: (410) 576-4000
Fax: (410) 576-4269

8571358.1 54322/139174 01/04/2021