# EXHIBIT 13

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Appln of:    Abdelmalek, Anthony        Filed:      January 7, 2019

Application No.: 16/241,454                    Examiner: Moran, Katherine M

Conf. No.:      9309                           Art Unit:    3732

Attorney Docket: *5016169.094525-CON*

For:              STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES
                  AND OTHER PROTECTIVE GEAR

**Mail Stop Amendment**
**Non-Fee**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

\*      \*      \*

<u>AMENDMENT</u>

Madam:

Responsive to the Office Action dated 4 May 2021, please enter the following

Amendment and consider the following remarks.

*U.S. Patent Application 16/241,454*
*for STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…*
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 2*

<u>AMENDMENTS IN THE SPECIFICATION</u>

In the CROSS-REFERENCE TO RELATED APPLICATION(S), paragraph [0001]

please delete in its entirety and replace with the following:

--The present application is a continuation<u>-in-part</u> of application Ser. No. 14/602,915 filed Jan.

22, 2015, which in turn derives priority from U.S. provisional patent application No. 61/930,311

filed Jan. 22, 2014.--

8987062.1 54322/139174 08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 3*

## AMENDMENTS IN THE CLAIMS

Please amend claims 4-6, 17, 19 and 21-22 as set forth in the complete claim listing below.  Claims This listing of claims will replace all prior versions and listings of claims in the application.

1.    (Previously Presented) In a protective sports glove having a palmar section configured for covering a wearer's palm:

a unitary dorsal panel stitched to the palmar section, the dorsal panel consisting of an integrally-molded member formed with a zero-elevation surface and a waffle-pattern array of foam protective pads each defining an individual island raised from said zero-elevation surface, said foam protective pads being separated from each other by interstitial channels having a width within a range of from 1-4mm between the discrete foam protective pads.

2.    (Original) The protective sports glove according to claim 1, wherein said interstitial channels have a width of approximately 2mm.

3.    (Original) The protective sports glove according to claim 1, wherein said unitary dorsal panel is formed with a border flange surrounding the waffle-pattern array of foam protective pads.

4.    (Currently Amended) The protective sports glove according to claim [[1]] 3, wherein said border flange surrounding the waffle-pattern array of foam protective pads is substantially contiguous.

5.    (Currently Amended) The protective sports glove according to claim [[1]] 3, wherein said border flange surrounding the waffle-pattern array of foam protective pads has a width within a range of 4-8mm.

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 4*

6.      (Currently Amended) The protective sports glove according to claim [[1]] 3, wherein said border flange surrounding the waffle-pattern array of foam protective pads has a width within a range of 5-6mm.

7.      (Original) The protective sports glove according to claim 1, wherein said waffle-pattern array of foam protective pads includes quadrilateral shapes.

8.      (Original) The protective sports glove according to claim 1, wherein said waffle-pattern array of foam protective pads includes crescent shapes.

9.      (Original) The protective sports glove according to claim 1, wherein said dorsal panel is fused to a layer of mesh scrim material.

10.     (Original) The protective sports glove according to claim 5, wherein the palmar section is stitched to said border flange surrounding the waffle-pattern array of foam protective pads.

11.     (Original) The protective sports glove according to claim 1, further comprising a lower wrist/forearm portion extending below said unitary dorsal panel.

12.     (Original) The protective sports glove according to claim 11, wherein said lower wrist/forearm portion is configured to encircle a user's forearm below the wrist.

13.     (Original) The protective sports glove according to claim 12, wherein said lower wrist/forearm portion includes an attachment strap configured to secure said lower wrist/forearm portion around said user's forearm below the wrist.

14.     (Original) The protective sports glove according to claim 1, wherein said dorsal panel is comprised of ethylene-vinyl acetate foam.

15.     (Previously Presented) The protective sports glove according to claim 1, wherein two adjacent foam protective pads of said foam protective pads have trapezoidal side-cross sections.

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 5*

16.    (Previously Presented) The protective sports glove according to claim 1, wherein at least one of said foam protective pads has an unlevel face.

17.    (Currently Amended) In a protective sports glove having a palmar section configured for covering a wearer's palm:

a unitary dorsal panel stitched to the palmar section, the dorsal panel consisting of an integrally-molded panel formed with a main section having a zero-elevation surface and a waffle-pattern array of foam protective pads defined as individual islands raised from said zero-elevation surface, wherein two or more of said foam protective pads are separated from each other by an interstitial channel, said dorsal panel further comprising,

five finger sections each protruding from said main section[[;]], and

a substantially contiguous border flange surrounding the entire unitary dorsal panel inclusive of said main section and each of said five finger sections.

18.(Original) The protective sports glove according to claim 17, wherein said foam protective pads are positioned on both said main section and said five finger sections.

19.(Currently Amended) The protective sports glove according to claim 17, ~~further comprising a palmar section stitched to the~~ wherein said unitary dorsal panel is stitched to said palmar section along at least a portion of said border flange surrounding said five finger sections.

said palmar section is stitched to the unitary dorsal panel along at least a portion of said border flange surrounding

said five finger sections

20.(Original) The protective sports glove according to claim 17, wherein said border flange along adjacent finger sections is configured to avoid interference.

8987062.1 54322/139174 08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 6*

21.(Currently Amended) In a protective sports glove having a palmar section configured for covering a wearer's palm:

a unitary dorsal panel stitched to the palmar section, the dorsal panel consisting of an integrally-molded panel formed with a main section having a zero-elevation surface and a waffle-pattern array of foam protective pads defined as individual islands raised from said zero-elevation surface, wherein two or more of said foam protective pads are separated from each other by an interstitial channel,

said dorsal panel further comprising five finger sections each protruding from said main section; and

a substantially contiguous border flange surrounding the entire unitary dorsal panel inclusive of said main section and each of said five finger sections, ~~The protective sports glove according to claim 17,~~ wherein said border flange along a portion of said five finger sections comprises one or more slits there between for added flexibility.

22.(Currently Amended) The protective sports glove according to claim [[17]] 21, wherein a top surface of said border flange is sloped relative to said zero-elevation surface.

8987062.1  54322/139174  08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 7*

## REMARKS

This Amendment is submitted in response to the final Office Action dated 4 May 2021.

Claims 4-6, 17, 19 and 21-22 are herein amended.  Claims 1-22 remain pending.

*Objections to the Specification*

The 'Cross-Reference" was objected to for labeling this a continuation application.   The cross-reference is herein amended to label this a continuation-in-part application.

*Obviousness-Type Double Patenting*

The Examiner rejects claims 1, 3-6, and 14-16 on the ground of non-statutory double patenting as being unpatentable over claims 1, 4, and 6-9 of U.S. Patent No. 10,201,744 in view of Bulan et al. (2014/003,3392).  Applicant respectfully traverses. The Examiner admits that the foam protective pads of '744 are equivalent to a waffle-pattern array of pads, have trapezoidal side-cross sections, and an unlevel face. The Examiner suggests that the only feature that the '744 reference doesn't teach is the dorsal panel stitched to the palmar section. Applicant respectfully points out that the '744 reference does indeed teach the dorsal panel stitched to the palmar section [see column 2, lines 55-67, column 3, lines 1-7, column 4, lines 1-6, column 9, lines 55-58] With respect to claims 3-6 the '744 patent clearly shows a border flange surrounding the waffle-pattern array of foam protective pads, and with regard to claims 14-16 the '744 patent clearly shows a dorsal panel comprised of ethylene-vinyl acetate foam [column 6, lines 46-47], and trapezoidal side-cross sections [FIG. 6] with an unlevel face [indeed equivalent to an angled or curved upper surface as in claims 8 and 9 of 744].

With regard to claim 2 the Examiner contends that the '744 reference doesn't teach the interstitial channels having a width of approximately 2mm.  Applicant disagrees.  The '744

8987062.1 54322/139174  08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 8*

reference states "The channel spacing s between the discrete pads 154 is preferably on the order of 0.5-5.0 mm, and is most preferably approximately 1 mm." Approximately 2mm is well-within and fully supported by this disclosure.

With regard to claim 7 Examiner contends that the '744 reference doesn't teach the waffle-pattern array of foam protective pads includes quadrilateral shapes. Applicant disagrees. A 'quadrilateral' is defined as a four-sided figure. The '744 reference describes Applicant's 'trapezoidal prism' which has four sides and is a quadrilateral.

With regard to claim 8 Examiner contends that the '744 reference doesn't teach foam protective pads including crescent shapes. Applicant disagrees, see the '744 reference at FIG. 8(d).

With regard to claim 9 the Examiner contends that the '744 reference does not disclose mesh scrim material. Applicant disagrees, see the '744 reference at column 7, lines 41-46.

With regard to claim 10 the Examiner contends that the '744 reference does not disclose the palmar section stitched to the border flange surrounding the waffle-pattern array of foam protective pads. Applicant respectfully points out that the '744 reference does indeed teach the dorsal panel stitched to the palmar section at the border flange [see column 2, lines 55-67, column 3, lines 1-7, column 4, lines 1-6, column 9, lines 55-58]

With regard to claims 11-12 the Examiner contends that the '744 reference does not disclose a lower wrist/forearm portion extending below the unitary dorsal panel and configured to encircle a user's forearm below the wrist. Applicant disagrees, see the '744 reference's lower wrist / forearm portion 24 described at column 12, lines 11-25.

8987062.1 54322/139174 08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 9*

With regard to claim 13 the Examiner contends that the '744 reference does not disclose an attachment strap configured to secure the lower wrist/forearm portion around the user's forearm below the wrist. Applicant disagrees, see the '744 reference at column 12, lines 11-25.

The Examiner rejects claims 17-20 on the ground of non-statutory double patenting as being unpatentable over claim 1 of 744 in view of Bulan 1392 and Leary 1173. Here again The Examiner suggests that the only features that the '744 reference doesn't teach is the dorsal panel stitched to the palmar section, and the flange as also surrounding five finger sections, the five finger sections including foam protective pads positioned thereon. Applicant respectfully points out that the '744 reference does indeed teach the dorsal panel stitched to the palmar section as argued above with respect to claim 1, and as shown in FIG. 4 of the '744 reference the flange surrounds the five finger sections, and all five finger sections include foam protective pads positioned thereon.

Anticipating a reformulated non-statutory double patenting rejection of claims 1-20 Applicant includes a proper terminal disclaimer herewith.

Applicant concedes that the slits or sloping top surface of the border flange of claims 21 and 22 are not shown in the '744 reference. The Examiner credits Berlese with a border flange comprising one or more slits 26 for added flexibility (col 4, lines 5-8), plus groove 30 formed around the periphery of the dorsal pad 4 such that a top surface of the border flange is sloped. However, Berlese has no foam protective pads, nor any border thereabout, and Berlese's notches 26 are not molded into the border flange. Claim 21 is herein amended to be independent, incorporating the limitations of parent claim 17. In addition, claim 21 is amended to be more

*U.S. Patent Application 16/241,454*
*for STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…*
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 10*

specific in the placement of the notches to distinguish Berlese. Claim 22 is made dependent on claim 21.

*Objections to the Drawings*

The Examiner objects to the replacement drawing submitted on 4/1/2019 because references 166, 168 are alleged to constitute new matter inasmuch as it is not shown in parent application 14/602,915. Applicant believes that its amendment to the cross-reference moots this rejection.

The drawings were also objected to under 37 CFR 1.83(a) for failing to show the unitary dorsal panel stitched to the palmar section (claim 1) and the palmar section stitched to the border flange (claim 10) and the palmar section stitched to the unitary dorsal panel (claim 17) and the palmar section stitched to the unitary dorsal panel along at least a portion of the border flange surrounding the five finger sections (claim 19). Applicant disagrees. The specification at [0024] makes it clear that the dorsal panel can be fused, welded, stitched, molded or otherwise connected to the palmer sections of the glove. The foregoing means of attachment are conventional, the specification is sufficient for a proper understanding of the invention, and the various attachments are not susceptible to illustration in the drawing in the form of a graphical drawing symbol or a labeled representation (e.g., a labeled rectangular box) under 37 CFR 1.83(a). Corrected drawing sheets in compliance with 37 CFR 1.121(d) are not thought to be required in reply to the Office action.

*U.S. Patent Application 16/241,454*
*for STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…*
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 11*

### Claim Rejections – 35 USC § 112

The Examiner rejects claims 1-22 under 35 U.S.C. 112(a) as failing to comply with the written description requirement. The Examiner contends that claims 3-6, 10, 17, and 19-21 recite a border flange and various limitations to the border flange, whereas the parent application only provides support for a substantially contiguous border but doesn't provide support for a "border flange". Applicant submits that a mere change in semantics from "border" to "border flange" is not new matter where a "flange" is defined as a "projecting rim" and the '744 reference describes a border surrounding dorsal panel and projecting "within a range of from 4-8 mm across, and most preferably a 5-6 mm margin." Nevertheless, Applicant believes that its amendment to the 'Cross-Reference" to label this a continuation-in-part application moots this rejection.

With respect to claim 8 the crescent shape is described at [0034] and shown in FIG. 2.

With respect to claim 16 FIGs. 8(c) and 8(d) provide ample support for the recitation "unlevel face." Applicant agrees that the limitation "unlevel face" is broader than the surface features of the pads originally claimed by applicant, but there remains ample support for what is presently-claimed and the Examiner's rejection is traversed.

The same is true of claim 17: "main section and five finger sections protruding from the main section." This is fully and fairly supported in FIG. 7.

The same is true of claim 21 which adds slits and claim 22 which adds the sloped top surface. Both features are fully and fairly described and pictured.

Claims 4-6 and 19 are rejected under 35 U.S.C. 112(b) as being indefinite. Applicant acknowledges and appreciates the Examiner's note that claims 4-6 lack antecedent basis for "said

U.S. Patent Application 16/241,454
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 12*

border flange" (vis-à-vis a misplaced dependency) and Applicant herein amends claims 4-6 to correct the dependency.

Claim 19 was deemed unclear. Applicant acknowledges and appreciates the Examiner's suggested revision for claim 19 and amends claim 19 accordingly.

Claim 15 was rejected under 35 U.S.C. 112(d) as being of improper dependent form for failing to further limit the subject matter of the claim upon which it depends. Claim 15 recites two adjacent foam protective pads having trapezoidal side-cross sections. The Examiner contends that this does not limit the cross section of claim 1, but it does indeed because claim 1 doesn't specify any particular cross-section. Consequently claim 15 does limit the subject matter of the claim upon which it depends and does not run afoul of 35 U.S.C. 112(d).

*Claim Rejections - 35 USC § 103*

Claims 1, 2, 11, 12, and 16 are rejected under 35 U.S.C. 103 as being unpatentable over Safford (U.S. 2013/0276199) in view of Tirinen (U.S. 4,484,359) and Contant (20150047087). According to the Examiner, Safford discloses the invention as claimed with exception of 1) a dorsal panel consisting of an integrally molded member formed with a zero-elevation surface and a waffle-pattern array of foam protective pads each defining an individual island raised from the zero-elevation surface, the foam protective pads separated from each other by interstitial channels having a width within a range of from 1-4 mm between the discrete foam protective pads; and 2) a lower wrist/forearm portion extending below the unitary dorsal panel, the lower wrist/forearm portion configured to encircle a user's forearm below the wrist. The Examiner credits Tirinen with a waffle-pattern array of foam protective pads each defining an individual island raised from the zero-elevation surface, and Contant with foam protective pads 140

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 13*

separated from each other by interstitial channels having a width within a range of from 1-4mm and approximately 2 mm (citing para. 57). The Examiner contends that it would have been obvious to substitute Safford's dorsal panel with Tirinen's panel, and to modify the Safford/Tirinen combination as per Contant to provide both interstitial channels having a width within a range of 1-4 mm, approximately 2 mm, plus a lower wrist/forearm portion extending below the unitary dorsal panel. As motivation to make this last combination the Examiner cites Contant at [0056] which describe flexion zones 150, 250 of approximately 1.0 to 1.5 mm. However, Contant's dorsal panel comprises four separate finger pads 116 and two separate dorsal pads 140, 140' (see Fig. 12 and [0042]), each pad being sandwiched and sewn between lower and upper sheets 120, 122 (see Figs. 10-11 and [0040]). "Stitches 30 surround the padding elements 24 to hold the padding elements 24 in place on the dorsal sheet" (Contant at [0033]). Because Contant's foam pads are fully encapsulated between lower and upper sheets 120, 122, it would not have been obvious to co-mold them and use the result as a standalone dorsal panel. Moreover, the very act of co-molding them would completely alter the material properties of the channels and the degree of flexion there between. Just because Contant at [0057] teaches interstitial spaces of 2 mm and that that the flexion of the padded area is influenced by the width of the channel doesn't mean that a POSA can directly apply this teaching to a unitary molded dorsal panel. They cannot because the interstitial spacing must be larger when the interstitial foam is not fused into the fabric as per Contant. Overlayed foam on fabric channels is relatively stiff in the interstitial channels and so the channels must be expanded to compensate. The flexion needed between respective pads of the dorsal panel is not something easily arrived at through routine experimentation based upon the degree of flexion desired, and a POSA would not know

8987062.1 54322/139174 08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER…
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 14*

that the interstitial channels can be within a range of from 1-4mm without knowing the effect of EVA foam fused into the scrim. None of these parameters are apparent from Contant which teaches an entirely different encapsulated foam construct. Official notice of 'routine optimization' does not bridge the gap. Official notice is appropriate only "[i]f the knowledge is of such notorious character that official notice can be taken." In re Malcolm, 129 F.2d 529, 54 USPQ 235 (CCPA 1942). Once taken, if the applicant traverses such an assertion, the Examiner should cite a reference in support of his or her position. MPEP §2144.03. Claims 1, 2, 11, 12, and 16 are respectfully distinguished. As explained at [0026] the Applicant's design goal is to maximize flexibility without compromising protection, thereby affording more accurate tactile feel for better stick-handling. The interstitial channel spacing is critical to this result. The Examiner has provided no evidence that the parameter optimized by Applicant was recognized in the art to be a result-effective variable, and the Examiner's rejection is not prima facie for this reason. See, In reAntonie, 559 F.2d 618, 195 USPQ 6 (CCPA 1977) (Prior art did not recognize that treatment capacity is a function of the tank volume to contractor ratio, and therefore the parameter optimized was not recognized in the art to be a result- effective variable).

Claims 3-6 and 10 were rejected under 35 U.S.C. 103 as being unpatentable over Safford 1199 in view of Tirinen 1359 and Contant 1087 as applied to claim 1 above, and further in view of Leary '173. The Examiner credits Leary with a border flange of approximately 8 mm and the "approximately" term modifying 8mm to include those values just less than 8 mm, e.g., *"one of ordinary skill could have arrived at the 5-6 mm range through routine experimentation."*

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 15*

Applicant disagrees. However, priority application serial no. 14/602,915 filed prior to Leary unequivocally describes a "border surrounding dorsal panel is within a range of from 4-8 mm across." Leary is not proper prior art.

Claims 7 and 8 are rejected under 35 U.S.C. 103 as being unpatentable over Safford '199 in view of Tirinen '359 and Contant 1087 as applied to claim 1 above, and further in view of Fisher '305. Fisher is cited for pads having crescent shapes, and the Examiner contends that there is no criticality associated with pads of any particular shapes. Similar to Contant, Fisher shows a dorsal pad made with a fabric layer 14 over a foam layer 16. See Fisher's Fig. 6 which is a cross sectional view of a finger-tip of the back of the hand impact pad of Fig. 1 taken along line 6-6. See also Fisher's claim 1 which requires:

a. padding material featuring a back of hand shape;
b. a fabric laminated to the padding material;
c. said padding material featuring fold lines generally corresponding to natural bending locations in a wearer's hand.

A critical and novel aspect of Applicant's claimed protective sports glove is the lack of any fabric layer overlying the padding elements. Applicant's Background of the Invention describes how "[i]n ... conventional gloves individual foam pads are typically sandwiched between two fabric layers .... However, this conventional construct is relatively thick and fairly rigid in design and compromises flexibility and tactile feel for protection. Flexibility and tactile feel are critical for sports gloves: where deformation is significant causing adjacent pads to come into contact with each other. This arrests/resists further motion. In addition, the inflexibility of the fabric resists stretching and further arrests/resists motion. Consequently, the player tends to lose their tactile feel for the stick, and ultimately their stick handling capability. A PHOSITA would not be motivated to incorporate Fisher's pad shapes into a unitary-molded palmar section

8987062.1 54322/139174 08/04/2021

*U.S. Patent Application 16/241,454*
*for* STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
*Inventor: Abdelmalek, Anthony*
*Our ref: 5016169.094525-CON*
*Page 16*

as the transition would completely change flexibility and feel, and claims 7-8 are distinguished on these bases.

Claim 13 is rejected under 35 U.S.C. 103 as being unpatentable over Safford 1199 in view of Tirinen 1359 and Contant 1087 as applied to claims 1, 11, and 12 above, and further in view of Gabby '681. Claim 13 depends from claim 1 and is similarly distinguished.

Claim 14 is rejected under 35 U.S.C. 103 as being unpatentable over Safford '199 in view of Tirinen '359 and Contant '087 as applied to claim 1 above, and further in view of Yamamoto '234. The Examiner cites Yamamoto for the use of EVA foam pads 1 on a dorsal side for impact (col. 6, lines 1-7). However, Yamamoto teaches a glove with ethyl vinyl acetate foam pads 1 RF-welded to a dorsal side. Welded foam on fabric results in channels that are relatively flexible , and the flexion needed between respective pads of the dorsal panel is not something easily arrived at through routine experimentation based upon the degree of flexion desired. A POSA would not know that the interstitial channels can be within a range of from 1-4mm without knowing the effect of EVA foam molded as a unitary waffle pattern array of pads. Claim 14 is distinguished on its own merits as well as by virtue of its dependance on claim 1.

Claim 15 is rejected under 35 U.S.C. 103 as being unpatentable over Safford in view of Tirinen and Contant as applied to claim 1 above, and further in view of Brown '926. Brown is credited with adjacent foam pads having trapezoidal shapes (citing Figure 3). Again, the Examiner is viewing Brown's shape from above and ignoring the fact that claim 15 requires trapezoidal side-cross-sections, thereby distinguishing Brown.

Claims 17-20 are rejected under 35 U.S.C. 103 as being unpatentable over Safford in view of Tirinen land Contant '087 and Leary '173. Leary '173 is credited with a glove 10 with

U.S. Patent Application 16/241,454
for STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER...
Inventor: Abdelmalek, Anthony
Our ref: 5016169.094525-CON
Page 17

molded panels formed with a border flange 38 (considered as substantially contiguous in that it is contiguous to the foam protective pads) provided as a location for stitching to join the molded pads with other components 40. However, Leary is not proper prior art.

Claims 21 and 22 are rejected under 35 U.S.C. 103 as being unpatentable over Safford in view of Tirinen and Contant and Leary as applied to claim 17 above, and further in view of Berlese 1269. Again, However, Leary is not proper prior art, and in any case claims 21-22 are herein amended to incorporate the limitations of claim 17 and are similarly distinguished.

*        *        *

In light of the foregoing amendments and argument, Applicants assert that all pending claims are now in condition for allowance.

Respectfully submitted,

Royal W. Craig
Reg. No. 34,145
Attorney for Applicant
Date August 4, 2021

Gordon Feinblatt LLC
1001 Fleet St. Suite 700
Baltimore, MD 21202
Direct Dial - (410) 576-4109
Cell: (410) 419-6899
Main: (410) 576-4000
Fax: (410) 576-4269

8987062.1 54322/139174 08/04/2021