# EXHIBIT 17



US 20190381386A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2019/0381386 A1

Abdelmalek et al. (43) **Pub. Date:** **Dec. 19, 2019**

(54) **STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER PROTECTIVE GEAR**

(71) Applicants: **Anthony Abdelmalek**, Baltimore, MD (US); **David Kucharsky**, Baltimore, MD (US); **Patrick M. Mckernan**, Baltimore, MD (US)

(72) Inventors: **Anthony Abdelmalek**, Baltimore, MD (US); **David Kucharsky**, Baltimore, MD (US); **Patrick M. Mckernan**, Baltimore, MD (US)

(21) Appl. No.: **16/241,454**

(22) Filed: **Jan. 7, 2019**

**Related U.S. Application Data**

(63) Continuation of application No. 14/602,915, filed on Jan. 22, 2015, now Pat. No. 10,201,744.

(60) Provisional application No. 61/930,311, filed on Jan. 22, 2014.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *A63B 71/14* | (2006.01) |
| *A41D 13/015* | (2006.01) |
| *A41D 19/015* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *A63B 71/141* (2013.01); *A63B 2102/14* (2015.10); *A41D 19/01523* (2013.01); *A41D 13/0156* (2013.01)

(57) **ABSTRACT**

A protective glove can include a unitary dorsal panel formed from an inner scrim material and a plurality of protective elements molded directly to an exterior surface of the inner scrim. Two or more protective elements can be formed as an array of discrete islands each separated by substantially zero-elevation interstitial spaces. The unitary dorsal panel can be sewn or otherwise attached circumferentially to the palmer sections of the glove. This array of protective elements can provide increased protection to the user's fingers, hands, wrists, and lower forearms while maintaining flexibility and tactile feel on both palmar and dorsal sides of the glove, increasing flexibility where needed without compromising protection.





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8(a)

FIG. 8(b)

FIG. 8(c)

FIG. 8(d)

FIG. 8

US 2019/0381386 A1                                                                                        Dec. 19, 2019

1

## STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER PROTECTIVE GEAR

### CROSS-REFERENCE TO RELATED APPLICATION(S)

[0001]  The present application is a continuation of application Ser. No. 14/602,915 filed Jan. 22, 2015, which in turn derives priority from U.S. provisional patent application No. 61/930,311 filed Jan. 22, 2014.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

[0002]  The present invention relates generally to padding for lacrosse gloves and other athletic apparel and accessories, and more particularly, to a protective sports glove and stitchless dorsal padding for the same that provides improved flexibility, increased protection, finer tactile feel and economy of manufacture.

#### 2. Description of the Background

[0003]  Protective sports gloves are commonly used and, indeed, are required to be used in many organized sports such as lacrosse, hockey, and other contact sports. Such gloves protect the wearer from impact of lacrosse sticks, hockey sticks, balls, pucks, skates, and other players.

[0004]  Protective sports gloves include padding to protect the player's fingers, hands, wrists and lower forearms. Despite their protective function, such gloves must balance other design factors such as weight, feel and flexibility. For example, the handling of a lacrosse stick requires a player to hold and control a lacrosse stick handle in specific ways, with many different combinations of hand placement over the length of the handle. A lacrosse player constantly moves his hands along the handle in multiple positions.

[0005]  In executing game skills, lacrosse players must be able to grip and control the lacrosse stick handle, i.e., "stick handling." Effective stick handling requires a player to constantly reposition his hands along the handle to control the head of the lacrosse stick. For effective stick handling, a lacrosse player needs to maintain utmost flexibility of the hand, a sure grip, and a precise tactile feel for the stick. However, the hand also needs protection and so players typically wear padded gloves to protect their hands and wrists. These gloves usually include foam padding or other protective padding covering the back of a wearer's hand, fingers, and thumb (collectively, "dorsal padding").

[0006]  Some conventional sports gloves have pad segments (e.g., made of foam) that are covered with leather or synthetic leather and, in the breaks between the segments, are stitched to one another and to a liner material (also known as the scrim). The scrim may be any woven or knit fabric. In these conventional gloves individual foam pads are typically sandwiched between two fabric layers, and the layers are sewn together and to the scrim, between breaks in adjacent pads. However, this conventional construct is relatively thick and fairly rigid in design and compromises flexibility and tactile feel for protection. When such a protective athletic glove undergoes deformation due to normal use by a wearer, adjacent pads come into contact with each other and this arrests/resists further motion. In addition, the inflexibility of the fabric layers and liner resist stretching and further arrests/resists motion. In straining against these forces to maintain a grip on the lacrosse stick, a player tends to lose their tactile feel for the stick, and consequently their stick handling capability. Flexibility can be increased by larger spacing between adjacent pads, but larger spacing compromises protection of the player.

[0007]  Moreover, conventional stitched dorsal padding unduly complicates the overall glove construction. The individual pads for the dorsal panel are typically sewn together, and the overlapping sewn-layers restrict flexibility. This lack of flexibility makes it very difficult to invert the glove when stitching on the palmar section (the glove is inverted when stitched interior seams are desired). The additional stitching and difficulty in manipulating the glove during manufacturing adds significant time and expense.

[0008]  What is needed is a protective sports glove and "unitary" dorsal panel for the same that allow for a tightly-packed pad array, yet still provides improved flexibility, increased protection, finer tactile feel, and greater economy of manufacture.

### SUMMARY OF THE INVENTION

[0009]  Embodiments of this disclosure can include a protective sports glove that includes a unitary dorsal panel having a waffle-pattern array of foam protective pads formed as individual islands raised from a substantially zero-elevation surface. Two or more of the foam protective pads can be separated from each other by an interstitial channel having a width within a range of 1-4 mm. The glove can further include a palmar section fused, welded, stitched, molded or otherwise connected to the dorsal section.

[0010]  Embodiments of this disclosure can include a protective sports glove that includes a unitary dorsal panel having a waffle-pattern array of foam protective pads formed as individual islands raised from a substantially zero-elevation surface. Two or more of said foam protective pads can be separated from each other by an interstitial channel. The unitary dorsal panel can include a main section configured to correspond to the back of a wearer's hand, five finger sections each protruding from said main section; and a substantially contiguous border flange surrounding the entire unitary dorsal panel.

[0011]  The present invention is described in greater detail in the detailed description of the invention, and the appended drawings. Additional features and advantages of the invention will be set forth in the description that follows, will be apparent from the description, or may be learned by practicing the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0012]  Other objects, features, and advantages of the present invention will become more apparent from the following detailed description of the preferred embodiments and certain modifications thereof when taken together with the accompanying drawings in which:

[0013]  FIG. 1 is a perspective illustration of the dorsal side of a protective sports glove 2 in accordance with an embodiment of this disclosure.

[0014]  FIG. 2 illustrates a second embodiment of a protective sports glove 12 similar to FIG. 1 except formed by compression molding, in accordance with an embodiment of this disclosure.

[0015]    FIG. **3** illustrates the pattern on the dorsal section of glove **2** for the embodiment of FIG. **1**.

[0016]    FIG. **4** illustrates the pattern on the dorsal section of glove **12** for the embodiment of FIG. **2**.

[0017]    FIG. **5** is a process drawing illustrating the process for making a dorsal section of glove **2** for the embodiment of FIG. **1**.

[0018]    FIG. **6** is a process drawing illustrating the process for making a dorsal section of glove **2** for the embodiment of FIG. **2**.

[0019]    FIG. **7** illustrates an exemplary cut pattern for the palmar section, in accordance with an embodiment of this disclosure.

[0020]    FIG. **8** is a composite illustration of several alternative shapes and configurations of the pads **54**, **154**, **164** which can promote specific performance improvements, in accordance with an embodiment of this disclosure.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

[0021]    The unitary padding array of embodiments of the present invention can provide advantages to address the deficiencies discussed in the background section above and may also be used for helmet liners, head gear (e.g., wrestling), other specialty gloves (e.g., baseball, boxing, biking, golf, lacrosse, equestrian, hockey, etc.), shoulder pads, knee pads, elbow pads, bicycle seats, joint supports (e.g., elbow, wrist, knee, hip, neck, shoulder and ankle), padded garments (e.g., biker shorts, etc.), joint braces (e.g., elbow, wrist, knee, hip, neck, shoulder and ankle), and other general padding and supports.

[0022]    In one aspect of an embodiment of this disclosure, a protective glove can include a hand receiving portion that includes a plurality of finger portions, a thumb portion, a metacarpal portion and a wrist portion. The hand receiving portion can include a dorsal side and a palmar side. The dorsal side of the hand receiving portion can include a unitary dorsal panel formed from an inner scrim material and a plurality of protective elements molded directly to an exterior surface of the inner scrim. For purposes of this disclosure "unitary" is specifically defined to mean formed as a one-shot molded synthetic panel, or formed by a plurality of such panels integrally joined together by fusion of their synthetic material or by fusion of the protective pads to the underlying scrim material (e.g., RF welding, heat welding, etc.), but not stitched.

[0023]    The plurality of protective elements can be formed in an array of discrete islands, each separated by substantially zero-elevation interstitial spaces. The array of protective elements can be formed in any of a variety of patterns suitable for the purposes of this disclosure. For example. The array may be arranged in a waffle-pattern. This array can provide increased protection to the user's fingers, hands, wrists, and lower forearms while maintaining utmost flexibility and tactile feel on both palmar and dorsal sides of the glove, increasing flexibility where needed without compromising protection. Flexibility is desired by the wearer so as to impart freedom of movement to the fingers, hand, wrists and lower forearms, which is needed to maintain an accurate tactile feel for the lacrosse, hockey or other sports stick during a match, while protection is required to reduce injury.

[0024]    The unitary dorsal panel can be fused, welded, stitched, molded or otherwise connected to the palmer sections of the glove. For example, the unitary dorsal panel

can be sewn circumferentially to the palmer sections of the glove, with or without gussets and/or gusset stitching (for example, gussets are typically sewn between the dorsal and palmar sides of gloves running alongside the fingers). The cut pattern for the palmar section may vary. In some embodiments, the palmer section may include three discrete sections: a finger-receiving section; a palm section, and a thumb section.

[0025]    In accordance with an embodiment this disclosure, when manufacturing the glove, the palmar section can be sewn end-to-end across the dorsal panel, with or without gussets, and the glove can be inverted. The finger-receiving section and thumb section can then be sewn on and the glove turned outside-in yielding internal seams ("inside stitching"). For this inside stitching the embodiments of this disclosure provide an additional advantage. The typical reversing out of gloves dictates a minimum gusset width, which results in a looser fit. Embodiments of this disclosure can facilitate a tighter standard for gusset width, which translates into a tighter fit. Of course, the finger-receiving section and thumb section may alternatively be sewn together exteriorly without inversion ("outside stitching").

[0026]    Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts. Lacrosse, hockey and other stick-wielding sports gloves need to be able to flex in multiple directions freely in order for players to grip their stick and engage in necessary wrist action while still maintaining an acceptable level of protection. However, as discussed above, conventional glove design limits the amount of flex that is available to a player when they are manipulating a lacrosse or hockey stick. Specifically, conventional protective sports gloves have limited flexion and extension as well as difficult radial and ulnar deviation, and poor dorsiflexion as well. Described herein is a protective sports glove and padding for the same that can maximize flexibility without compromising protection, thereby affording more accurate tactile feel for better stick-handling.

[0027]    An embodiment of the present invention provides a protective sports glove that can include a unitary dorsal panel that includes a molded pattern-array of foam protective pads closely fitted to the hand, and a palmar section stitched to the dorsal section directly or via gussets and/or gusset stitching.

[0028]    With reference to FIG. **1**, a first embodiment of a protective athletic glove **2** is shown which generally can include a hand receiving portion **22** covering all five digits and the carpometacarpal joints of the hand and extending down at least to the wrist crease, or further to cover all or a portion of the wrist. A lower wrist/forearm portion **24** can extend down from the hand receiving portion **22** by a distance from one to three inches. Glove **2** inclusive of both hand receiving portion **22** and lower wrist/forearm portion **24** can have both a palmar side (obscured) and a dorsal side (shown). The junction of the hand receiving portion **22** and lower wrist/forearm portion **24** can be partially encircled by a cuff inclusive of a wrist cushion **25** that partially surrounds the dorsal side and an adjustable collar **26** that extends below the hand receiving portion **22** and which may be tightened across the palmar side by hook-and-loop pads. The hand receiving portion **22** can further include a first (little finger) receiving portion **31**, second (ring finger) receiving portion

US 2019/0381386 A1

Dec. 19, 2019

3

**30**, third (middle finger) receiving portion **29**, fourth (index finger) receiving portion **28**, and a fifth (thumb) receiving portion **27**.

[0029]    The back of the hand receiving portion **22** inclusive of finger and thumb receiving portions **27-31**, as well as the entire dorsal side down to the lower wrist/forearm portion **24** can define a unitary dorsal panel **40** having an array of protective pads **54** formed as individual islands raised from a substantially zero-elevation surface **52**. Protective pads **54** can be integrally-molded or fused to the substantially zero-elevation surface **52** such that interstitial channels of minimal substrate thickness are formed between the discrete pads **54**. Unitary dorsal panel **40** may include a main section **23** defined by a portion of the unitary dorsal panel **40** that does not include first **31**, second **30**, third **29**, fourth **28**, and fifth **27** receiving portions. The main section **23** can be configured to correspond to the back of a wearer's hand. In the embodiment of FIG. **1** the zero-elevation surface **52** can include a thin pliable layer of any suitable scrim material. The scrim material may be any pliable textile or synthetic sheet material including natural or synthetic fabric, and may optionally be porous and/or stretchable. Suitable materials for the scrim material include polyester, cotton, and nylon. The scrim material of zero-elevation surface **52** may be woven from warp and weft threads which provide mesh openings or interstices between the threads. However, other scrim materials, such as, for example, perforated fabric, can also be used so long as the scrim material permits the pads **54** to bond or adhere with the scrim material.

[0030]    The scrim material may or may not have a limited stretch characteristic to it. Toward this end scrim material may be cut from a knitted/woven stretchable fabric blank comprising a material formed from a combination of first yarn strand(s) made of synthetic fibers, and a second elastomeric stretchable yarn strand. The first yarn strands can be knitted/woven together with the elastomeric second strand to create a single blank of woven/knitted fabric. The knitted/woven blank can have a specific fiber content vis-à-vis the combination of the two strands of yarn used. The first yarn strands may be 100% polyester, which is the dominate fiber of the fabric blank. As an alternative to polyester, the first yarn strands may comprise nylon. The second elastomeric yarn strand may be comprised of any elastic textile fiber, however, it is preferred that this material be made of the elastomeric textile fiber known as spandex. Specifically, the knitted/scrim material may comprise a blend of polyester or poly-cotton yarn and spandex, wherein the spandex fiber content is constrained to within an acceptable range of from 3 to 15%, and most preferably is 6%. This may be achieved with a knit/weave ratio of synthetic yarn/spandex yarn of from 33:1 to 20:1, and identical deniers. One skilled in the art will understand that the variation between fabric blends may also be made possible by varying the ratio of yarns and the structure of the knit or weave pattern.

[0031]    The array of integral pads **54** formed on the unitary dorsal panel can be raised relative to zero-elevation surface **52** and can be formed integrally thereto by a process of sonic Radio Frequency ("RF") welding as described below in Example 1. Alternatively, the array of integral pads **54** may be formed on the unitary dorsal panel by a process of compression molding as described below in Example 2 or may be individually attached to the scrim material by adhesive. In either case the protective pads **54** comprise rubber and/or foam, most preferably open-cell or closed-cell

foam rubber blocks fused or integrally-molded to the scrim material by molding, casting or other suitable fusion method. The pads **54** can form discrete islands separated from each other by interstitial channels **58** flush with zero-elevation surface **52**.

[0032]    FIG. **2** illustrates a second embodiment of a protective athletic glove **12** similar to FIG. **1** except that a unitary dorsal panel **140**, again having a zero-elevation surface **152** and array of integral pads **154**, can be formed by compression molding as described below in Example 2.

[0033]    In both cases the array of integral pads **54**, **154** can be formed on the unitary dorsal panel **40**, **140** by molding/fusing/adhering them into the scrim fabric. The particular pattern of shock absorbing pads **54**, **154** can be designed to provide increased protection to the dorsal side of the user's fingers and hands while maintaining as much flexibility within the glove and tactile feel as possible. For example, shock absorbing pads **54**, **154** can be arranged in a waffle-pattern array. Flexibility is desired by the wearer so as to impart freedom of movement to the fingers, hand, wrists and lower forearms needed to properly participate in lacrosse, hockey or other sports matches while protection is required to reduce injury.

[0034]    In the illustrated embodiment some of the shock absorbing protective pads **54**, **154** can be shaped as blocks and most preferably a trapezoidal prism, while some proximate the wrist crease are shaped as crescents. The particular shapes of the pads **54**, **154** may be altered to promote specific performance improvements. Other exemplary shapes and configurations of pads **54**, **154** for specific performance improvements are described below with reference to FIG. **8**:

[0035]    i. Pads **54**, **154** may be hollow concave blocks having open cavities in the underside for lighter weight (see FIG. **8**(*a*));

[0036]    ii. Hollow concave pads **54**, **154** may be dual-durometer, e.g., the open cavities in the underside as per (i) above may be adapted for insertion of stiffer impact-resistant material for improved protection (see FIG. **8**(*b*));

[0037]    iii. Pads **54**, **154** may be formed with angled top surfaces for improved deflection of impacts (see FIG. **8**(*c*));

[0038]    iv. Pads **54**, **154** may be formed with shaped and/or sculpted surfaces to conform to a lacrosse stick handle (see FIG. **8**(*d*));

[0039]    v. Pads **54**, **154** in the lower wrist/forearm portion **24** may be formed with angled surfaces for improved wrist flexibility (see FIG. **8**(*c*)).

[0040]    Of course, one skilled in the art should understand that pads **54**, **154** may be formed in other shapes or with other surface features or inserts to achieve specific performance characteristics, and such other shapes, surface features or inserts are considered to be within the scope and spirit of the invention.

[0041]    Comfort is also important and toward this end venting may be provided through the scrim material between the discrete pads **54**. Specifically, said the scrim material may include one or more pass-through vents between the discrete pads **54** for improved air circulation.

[0042]    FIG. **3** illustrates the pattern on the dorsal section of glove **2** for the embodiment of FIG. **1**. Each of the finger receiving portions **28-31** and thumb receiving portion **27** can bear a plurality of shock absorbing pads formed as blocks. With reference to the little finger receiving portion **31**, these pads **62** can be preferably aligned end-to-end and spaced

very closely, within a range of from 1-4 mm and most preferably approximately 2 mm. The 2 mm interstitial breaks can provide flexibility between the cushions when a wearer's hand is flexed. The faces of opposing pads **62** can be inclined at an obtuse angle to allow a limited degree of counter-arching of the fingers, but eventually make contact to prevent over-arching. A variety of pads **64** can occupy the dorsal panel beneath the finger receiving portions **28-31** and these can also be welded or otherwise attached to the liner scrim beneath. Any suitable geometry of shock absorbing pads **64** may be provided to optimize both protection and flexibility.

[0043] All shock absorbing pads **62**, **64** are generally made of a discrete block of any suitable protective material such as micro-cellular foam, preferably open cell, urethane foam (e.g., Poron™, PVC nitrile foam, or another suitable impact-absorbing closed cell foam material). The interstitial channels **58** can be of substantially minimal substrate thickness and substantially minimal spacing between the discrete pads **54**. In the embodiment of FIGS. **1** and **3** the zero-elevation surface **52** comprises a thin single layer of suitable scrim material, and the scrim can effectively form flexible hinges at the interstitial channels **58** between the discrete pads **54**. This is best seen in the inset of FIG. **3**. Specifically, the thickness of the scrim t at the interstitial channels **58** can be preferably on the order of 0.1-4.0 mm and is most preferably approximately 0.4 mm. If desired, a very thin layer of Ethylene-vinyl acetate ("EVA") foam **51** may be added to the back (lower) side of the scrim material **52**, or other suitable adhesion promoter, to improve adhesion of the discrete pads **54** (see FIG. **3** inset) on the front (upper) side of scrim material **52**. Discrete pads **54** can be preferably molded EVA foam blocks ranging from 9 mm to 13 mm in thickness. Thus, as an example, the layers in the illustrated embodiment can comprise (moving from hand to outside of glove):

[0044]    i. Layer **1**—optional thin layer of EVA adhered to scrim material **52** (1 mm preferred)

[0045]    ii. Layer **2**—scrim material **52** (0.1-4.0 mm thickness, 0.4 mm preferred);

[0046]    iii. Layer **3**—Discrete EVA pads **54** ranging from 9 mm to 13 mm thickness.

[0047] The interstitial channel spacing s between the discrete pads **54** can be preferably on the order of 0.5-5.0 mm and is most preferably approximately 1 mm. If desired, optional hard shell tiles **66** formed of polyethylene, Nylon or other suitable impact-resistant material may be inset/adhered or otherwise formed in the top surface of each discrete pad **54** to add impact resistance.

[0048] As seen in FIGS. **1-2** the lower wrist/forearm portion **24** can be defined by a cuff attached below the hand receiving portion **22**, the cuff can include a wrist cushion **25** that partially surrounds the dorsal side and an adjustable collar **26** that extends below the wrist cushion **25** and which may be tightened across the palmar side by hook-and-loop pads, or alternatively by traditional string lacing for wrist cuff closure.

[0049]    FIG. **4** illustrates the pattern on the dorsal section of glove **12** for the embodiment of FIG. **2**. As above each of the finger receiving portions **28-31** and thumb receiving portion **27** can bear a plurality of shock absorbing protective pads **162**, that are shaped as blocks and may be formed as blocks and may be formed as trapezoidal prism. With reference to the little finger receiving portion **31**, these pads

**162** can be preferably aligned end-to-end and can be spaced closely, within a range of from 1-4 mm and most preferably approximately 1 mm. The 1 mm interstitial breaks can provide flexibility between the cushions when a wearer's hand is flexed. The faces of opposing pads **162** can be preferably inclined at an obtuse angle to allow a limited degree of counter-arching of the fingers, but eventually make contact to prevent over-arching. A variety of pads **164** can occupy the dorsal panel beneath the finger receiving portions **28-31** and these can also be integrally molded to the liner scrim **152** beneath. All pads **162**, **164** can be preferably compression-molded or otherwise fused to the zero-elevation surface of scrim **152** using any suitable protective material such as micro-cellular foam such as, for example, open cell, urethane foam (e.g., Poron™, PVC nitrile foam, or another suitable impact-absorbing closed cell foam material). Compression-molding as per the embodiment of FIGS. **2** and **4** can impregnate the scrim fabric **152** and add very slightly to the dimensions of interstitial channels **158**, but channels **158** can nevertheless be of substantially minimal substrate thickness and spacing between the discrete pads **154**. In the embodiment of FIGS. **2** and **4** the zero-elevation surface **152** can include a thin unstitched rubber and/or foam-impregnated layer of scrim material that again effectively forms flexible hinges at the interstitial channels **158** between the pads **154**. Specifically, the thickness of the scrim t at the interstitial channels **158** can be preferably on the order of 0.1-1.0 mm, and can most preferably be approximately 0.4 mm. The channel spacing s between the discrete pads **154** can be preferably on the order of 0.5-5.0 mm, and can be most preferably approximately 1 mm.

[0050]    In both above-described embodiments, the pad array can be molded onto a square blank of scrim material **52**, **152** and the blank may be cut (die, laser, rotary-blade, water-jet, etc.) using an outline cut that results in a substantially contiguous border flange **166** framing the dorsal panel **40**, **140**, resulting in the dorsal panels as shown in FIGS. **2** and **4**. Preferably, the border flange **166** surrounding dorsal panel can be within a range of from 2-8 mm across, and most preferably a 5-6 mm margin. Palmar sections, such as palmar section **192** can be fused, welded, stitched, molded or otherwise connected to the border flange **166** around all four of the finger receiving portions **27**, **28**, **29** and thumb **30**. The border flange **166** may be a uniform flat strip but is more preferably non-uniform for maximum flexibility. For example, for maximum flexibility the border flange **166** along at least a portion of the five finger-receiving sections **27**, **28**, **29**, **30** and **31** can include a series of V-notch slits **168**. The border flange **166** may also have a non-flat cross section configured to avoid interference between the border flange **166** of adjacent finger-receiving sections **27**, **28**, **29**, **30** and **31**. For example, the border flange **166** may be sloped, beveled or tapered outwardly away (see FIG. **6** bottom) from the finger-receiving sections **27**, **28**, **29**, **30**, and relative to the zero-elevation surface. Due to the inverted assembly described below, the glove **2** can have inverted seams in normal use, meaning the border flange **166** can be tucked under the palmar section **192** and the latter is stitched thereto around at least a portion of all four of the finger receiving portions **27**, **28**, **29** and thumb **30**.

[0051]    As seen in FIG. **6**, the scrim material layer **52**, **152** may again be any pliable textile or synthetic sheet material including natural or synthetic fabric and may optionally be woven from warp and weft threads **31** and **32** which provide

5

mesh openings or interstices **33** between the threads **31** and **32**. Optionally, perforated or needle punched fabric can also be used so that the fabric is provided with openings which permit the rubber and/or foam to interlock with the fabric. Suitable materials for the fabric can include polyester, cotton, and nylon.

[0052]    As detailed below in Example 1 sonic welding can cause the rubber/foam to fuse to the scrim material, and where the scrim material is perforated or woven it can flow into the mesh openings of the textile scrim fabric **52**, **152** and mechanically interlocks with the fabric. The fabric can reinforce the rubber/foam, strengthen the rubber/foam especially in the interstitial areas, and reduce the possibility that the dorsal shell will tear.

EXAMPLE 1

Sonic-Welded Dorsal Panel

[0053]    FIG. **5** is a process drawing illustrating an exemplary process for making a dorsal section of glove **2** for the embodiment of FIG. **1**. Initially, at Step **1** the entire array of protective pads **52** can be produced by either cold or heat compression in a tool, for example, cast-in-place by pour-casting into a two-part mold. At step **2**, the protective pads **52** can be die-cut either post compression or during compression to attain their finished form. As seen at Step **3** the protective elements can be placed back into the tool/mold and pressed onto a substrate using an adhesive film laid overtop pads **52** to keep them registered. As seen at Step **4**, the combined film, substrate and protective pads **52** can be placed into a flatbed high frequency welding station **100** as seen at B. To perform HF welding, two opposing die platens **150**, **160** can act as capacitor plates. An oscillating electrical current can be applied to the mold **72**/fabric blank **62** combination between the die platens **150**, **160**. The oscillating electrical field in conjunction with capacitive platens **150**, **160** can convert the oscillating electrical current into an oscillating electric field that is applied to the mold **72**/fabric blank **62** combination. The die platens **150**, **160** may comprise brass, steel, aluminum/magnesium, or other similar materials. To perform the weld, the die platens **150**, **160** can be compressed together and the ultrasonic field and combined pressure can cause localized melting of the protective pads **52** only at the interface of the scrim fabric and the protective pads **52**, resulting in fusing of the pads **52** to the scrim fabric. As shown at Step **5**, during the heat compressing process, the foam of the protective pads **52** can expand and, with a porous substrate, can slightly permeate the substrate, flowing into the mesh openings of the textile scrim fabric **52**, **152** and mechanically interlocking with the fabric, creating a unitary bond between the protective elements **52** and substrate. If the substrate is not porous substrate, during the heat compressing process, the foam of the protective elements can fuse/adhere to the scrim substrate. The net result can be a dorsal panel as illustrated in FIG. **3**. At Step **6** the dorsal panel can be die cut to the desired shape.

[0054]    In yet another embodiment, a unitary dorsal section **40** of glove **2** for the embodiment of FIG. **1** can be created using a plurality of independent scrim sections by fusing protective pads **62** via the sonic welding process of FIG. **5** across the multiple sections of scrim material **52** to bridge them, effectively fusing them together.

EXAMPLE 2

Textile Reinforced Compression Molded Foam Rubber Dorsal Panel

[0055]    FIG. **6** is a process drawing illustrating an exemplary process for making a dorsal section of glove **2** for the embodiment of FIG. **2**. Initially, at Step **1**a mold fabricated with protective element cavities can be pre-heated. At Step **2** an optional thermoplastic polyurethane (TPU) film can be laid on the bottom portion of the mold. One skilled in the art should understand that the TPU film may be omitted to reduce manufacturing cost. At Step **3** the mold can be closed and dorsal section of glove **2** can be vacuum formed by releasing the air out of the bottom portion of the tool/mold so that the TPU film lines the bottom of the tool. At step **4** polyurethane can be poured into the tool/mold using multiple gates, to allow the polyurethane to completely fill the tool cavities. At Step **5** the tool can be put on a conveyer through an oven. The polyurethane can thermally expand to fill the tool/mold cavities. At Step **6** the tool can be opened, and at Step **7** a substrate can be laid or pinned into the tool. The substrate may be a rubber and/or foam sheet. At Step **8** the tool can be closed and the rubber/foam **66** softens and/or becomes fluid in the mold and as a result of compression flows out of the interstitial channels and into the pad sections, also flowing into the pores of the scrim material **62** and around the threads as illustrated in FIG. **6**C. The rubber/foam **66** thereby can form a mechanical interlock or bond with the scrim material **62**. When the rubber/foam cools, the fabric can be integrated with the rubber/foam.

[0056]    Moreover, the heat and pressure of molding displaces the rubber/foam into the mold cavities and can define the substantially zero-elevation interstitial surfaces surrounding the array of raised pads **152**, each pad forming a raised island on the substantially zero-elevation surface **52**. The scrim material **62** strengthens and reinforces the rubber/foam **66**. If desired, the foam rubber **66**/scrim **62** combination can be molded into a particular shape. For example, the dorsal panel can be provided with a preformed arch to conform to the back of the hand.

[0057]    The textile reinforced zero-elevation interstitial hinges can increase flexibility without compromising protection, thereby affording more accurate tactile feel for better stick handling. The unitary (stitchless) dorsal panels **40**, **140** can also substantially reduce manufacturing time and expense. Either embodiment of the unitary dorsal panel **40**, **140** may be sewn or otherwise attached circumferentially to the palmer sections of the glove. FIG. **7** illustrates an exemplary cut pattern for the palmar section which generally comprises three discrete sections: a finger-receiving section **190**; a palmar section **192**, and a thumb section **193**. The palmar section **192** can be cut from a blank to define the palmar side of four of the finger receiving portions **28**, **29** but not thumb **30**. On both sides of the finger-receiving section **190** a protruding margin may be formed **193**A, **193**B. One skilled in the art should understand that margins **193**A, **193**B may be convenient for stitching but are non-essential and may be eliminated as a matter of design choice. The margin **193**A can protrude outward beginning at the distal phalangeal joint of the index finger-receiving portion **28** and can increasingly protrude outward ending at the metacarpophalangeal joint. The margin **193**B can protrude outward beginning at the distal phalangeal joint of the little finger-

receiving portion **32** and can increasingly protrude outward ending at the base of the little finger metacarpals bone.

**[0058]** For assembly, the finger-receiving section **190** can be frequently inverted and stitched to the inverted dorsal panel **40**, **140** by seams, for example, through facing margins **193**A, **193**B and the margins surrounding dorsal panel **40**, **140**. The X/Y interface shown in FIG. **7** is not sewn. The palm section **192** is sewn to the inverted finger-receiving section **190** at the X/Y interface. Thumb section **193** is rolled and stitched into a receptacle, and is inverted. The combined finger-receiving section **190** and dorsal section **40**, **140**, still inverted, is sewn to the still-inverted thumb section **193**. The entire assembly is re-inverted to produce the final glove **2**, **12** with interior seams.

**[0059]** The palmar section **192** is cut from a blank to define the palmar side of four of the finger receiving portions **28**, **29** but not thumb **30**. On both sides of the finger-receiving section **190** a protruding margin may be formed **193**A, **193**B. One skilled in the art should understand that margins **193**A, **193**B may be convenient for stitching but are non-essential and may be eliminated as a matter of design choice. The margin **193**A protrudes outward beginning at the distal phalangeal joint of the index finger-receiving portion **28** and increasingly protrudes outward ending at the meta-carpophalangeal joint. The margin **193**B protrudes outward beginning at the distal phalangeal joint of the little finger-receiving portion **32** and increasingly protrudes outward ending at the base of the little finger metacarpals bone.

**[0060]** Since the dorsal panel **40**, **140** has highly-flexible interstitial hinges (rather than overlying layers where pads are sewn together, where overlapping sewn-layers restrict flexibility), the combined finger-receiving section **190** and dorsal section **40**, **140** are much easier to invert manually. The additional flexibility makes it possible to quickly invert the glove **2**, **12** when stitching on the palmar section and saves significant time and expense.

**[0061]** It should now be apparent that the above-described protective sports glove **2**, **12** with unitary stitchless dorsal sections **40**, **140**, allow a user to flex the hand in all directions freely, to grip a lacrosse, hockey or other type of sports stick, and to maintain accurate tactile feel at every necessary wrist inclination, all while maintaining a suitable level of protection. The glove **2** allows freer flexion and extension, as well as radial and ulnar deviation, and dorsi-flexion.

**[0062]** Variations and modifications of the embodiments described herein are considered within the scope and spirit of the invention. For example, the unitary dorsal padding array of the present invention may be inserted in compressed or uncompressed form within a pocket formed in the scrim material on the dorsal side of the glove **2**. Such pocket would allow for easier construction, reducing labor costs, and may be better suited for an intermediate level of play. The pocket circumferential edges may be sewn to the palm and fingers with one side of the pocket left open to insert and receive the compressed dorsal panel.

**[0063]** The unitary dorsal padding array of the present invention provides these advantages and may also be used for helmet liners, head gear (e.g., wrestling), other specialty gloves (e.g., baseball, boxing, biking, golf, lacrosse, equestrian, hockey, etc.), shoulder pads, knee pads, elbow pads, bicycle seats, joint supports (e.g., elbow, wrist, knee, hip, neck, shoulder and ankle), padded garments (e.g., biker shorts, etc.), joint braces (e.g., elbow, wrist, knee, hip, neck, shoulder and ankle), and other general padding and supports.

**[0064]** For the purposes of this disclosure, unless expressly stated otherwise: (a) the use of singular forms of terms include plural forms; (b) the use of the terms "including," "having," and similar terms are deemed to have the same meaning as "comprising" and thus should not be understood as limiting; (c) the term "set" or "subset" means a collection of one or more than one elements; (d) the term "plurality" means a collection of two or more elements; (e) the term "such as" means for example; (f) the term "and/or" means any combination or sub-combination of a set of stated possibilities, for example, "A, B, and/or C," means any of: "A," "B," "C," "AB," "AC," or "ABC;" and (g) headings, numbering, bullets, or other structuring of the text of this disclosure is not to be understood to limit or otherwise affect the meaning of the contents of this disclosure.

**[0065]** The foregoing disclosure of embodiments of the present invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many variations and modifications of the embodiments described herein will be obvious to one of ordinary skill in the art in light of the above disclosure. The scope of the invention is to be defined only by the claims, and by their equivalents.

What is claimed is:

**1**. A protective sports glove, comprising:

a unitary dorsal panel formed with a waffle-pattern array of foam protective pads formed as individual islands raised from a zero-elevation surface, said foam protective pads being separated from each other by interstitial channels having a width within a range of from 1-4 mm between the discrete foam protective pads; and

a palmar section connected to the dorsal section.

**2**. The protective sports glove according to claim **1**, wherein said interstitial channels have a width of approximately 2 mm.

**3**. The protective sports glove according to claim **1**, wherein said unitary dorsal panel is formed with a border flange surrounding the waffle-pattern array of foam protective pads.

**4**. The protective sports glove according to claim **1**, wherein said border flange surrounding the waffle-pattern array of foam protective pads is substantially contiguous.

**5**. The protective sports glove according to claim **1**, wherein said border flange surrounding the waffle-pattern array of foam protective pads has a width within a range of 2-8 mm.

**6**. The protective sports glove according to claim **1**, wherein said border flange surrounding the waffle-pattern array of foam protective pads has a width within a range of 5-6 mm.

**7**. The protective sports glove according to claim **1**, wherein said waffle-pattern array of foam protective pads includes quadrilateral shapes.

**8**. The protective sports glove according to claim **1**, wherein said waffle-pattern array of foam protective pads includes crescent shapes.

**9**. The protective sports glove according to claim **1**, wherein said dorsal panel is fused to a layer of mesh scrim material.

US 2019/0381386 A1

Dec. 19, 2019

7

**10**. The protective sports glove according to claim **5**, wherein the palmar section is stitched to said border flange surrounding the waffle-pattern array of foam protective pads.

**11**. The protective sports glove according to claim **1**, further comprising a lower wrist/forearm portion extending below said unitary dorsal panel.

**12**. The protective sports glove according to claim **11**, wherein said lower wrist/forearm portion is configured to encircle a user's forearm below the wrist.

**13**. The protective sports glove according to claim **12**, wherein said lower wrist/forearm portion includes an attachment strap configured to secure said lower wrist/forearm portion around said user's forearm below the wrist.

**14**. The protective sports glove according to claim **1**, wherein said dorsal panel is comprised of ethylene-vinyl acetate foam.

**15**. The protective sports glove according to claim **1**, wherein two adjacent foam protective pads of said foam protective pads have trapezoidal cross sections.

**16**. The protective sports glove according to claim **1**, wherein at least one of said foam protective pads has a curved face.

**17**. A protective sports glove, comprising:

a unitary dorsal panel formed with a waffle-pattern array of foam protective pads formed as individual islands raised from a zero-elevation surface, wherein two or more of said foam protective pads are separated from each other by an interstitial channel,

a main section configured to correspond to the back of a wearer's hand, and

five finger sections each protruding from said main section; and

a substantially contiguous border flange surrounding the entire unitary dorsal panel.

**18**. The protective sports glove according to claim **17**, wherein said foam protective pads are positioned on both said main section and said five finger sections.

**19**. The protective sports glove according to claim **17**, further comprising a palmar section stitched to the unitary dorsal panel along at least a portion of said border flange surrounding said five finger sections.

**20**. The protective sports glove according to claim **17**, wherein said border flange along adjacent finger sections is configured to avoid interference.

**20**. The protective sports glove according to claim **17**, wherein said border flange along a portion of said five finger sections comprises one or more slits for added flexibility.

**21**. The protective sports glove according to claim **17**, wherein a top surface of said border flange is sloped relative to said zero-elevation surface.

\*   \*   \*   \*   \*