# EXHIBIT 20

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08 (01-25)
Approved for use through 11/30/2027. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application Number | 19036972 |
| | Filing Date | 2025-01-24 |
| | First Named Inventor | David Kucharsky |
| | Art Unit | 3732 |
| | Examiner Name | Katherine M. Moran |
| | Attorney Docket  Number | 141-1037 STX019-US-CON |

### U.S. PATENTS  Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Inventor of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information, please click the Add button. Add

### U.S. PATENT APPLICATION PUBLICATIONS  Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Inventor or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information, please click the Add button. Add

### FOREIGN PATENT DOCUMENTS  Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information, please click the Add button Add

### NON-PATENT LITERATURE DOCUMENTS  Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC.1.19.25

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 19036972 | |
| | Filing Date | 2025-01-24 | |
| | First Named Inventor | David Kucharsky | |
| | Art Unit | 3732 | |
| | Examiner Name | Katherine M. Moran | |
| | Attorney Docket  Number | 141-1037 STX019-US-CON | |

| | | | |
|---|---|---|---|
| | 1 | Papers 1 to 6 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from November 6, 2025 through November 10, 2025, pages 1-44. | ☐ |
| | 2 | Papers 7 and 9 to 9-6 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from November 13, 2025 through November 24, 2025, pages 45-136. | ☐ |
| | 3 | Papers 9-7 to 9-8 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from November 24, 2025, pages 137-168. | ☐ |
| | 4 | Papers 9-9 to 11, 14, and 16 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from November 24, 2025 through December 10, 2025, pages 169-210. | ☐ |
| | 5 | Papers 17 to 20 and 22 to 23-1 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from December 19, 2025 through January 5, 2026, pages 211-254. | ☐ |
| | 6 | Paper 24 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, January 5, 2026, pages 255-277. | ☐ |
| | 7 | Papers 25 to 33 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from January 5, 2026 through January 20, 2026, pages 278-469, 479-526. | ☐ |
| | 8 | Paper 34 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, January 20, 2026, pages 527-657. | ☐ |
| | 9 | Papers 35 to 43 and 46 to 49 in STX, LLC v. STRINGKING, INC., C.A. No.: 25-1359-JLH-EGT, from January 21, 2026 through February 3, 2026, pages 658-881. | ☐ |

If you wish to add additional non-patent literature document citation information, please click the Add button  Add

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered and whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

PC.1.19.25

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 19036972 |
|---|---|---|
| | Filing Date | 2025-01-24 |
| | First Named Inventor | David Kucharsky |
| | Art Unit | 3732 |
| | Examiner Name | Katherine M. Moran |
| | Attorney Docket  Number | 141-1037 STX019-US-CON |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

PC.1.19.25

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 19036972 |
|---|---|---|
| | Filing Date | 2025-01-24 |
| | First Named Inventor | David Kucharsky |
| | Art Unit | 3732 |
| | Examiner Name | Katherine M. Moran |
| | Attorney Docket Number | 141-1037 STX019-US-CON |

## TIMING STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached timing statement under 37 CFR 1.97(e).

☐ A timing statement under 37 CFR 1.97(e) is not submitted herewith.

### TIMING FEE

☒ The fee set forth in 37 CFR 1.17(p) has been submitted herewith.

### COPIES

☐ An identification of an earlier application pursuant to 37 CFR 1.98(d)(1) is attached.

### SIZE FEE ASSERTION

Please see 37 CFR 1.17(v) and the IDS Auto-Load Instructions for completing this form to make the appropriate selection of an assertion under 37 CFR 1.98. For the information disclosure statement (IDS) submitted herewith, the applicant or patent owner certifies the following with respect to the cumulative number of applicant-provided or patent-owner provided items of information submitted to date including those in the accompanying IDS (select only one):

☐ No IDS size fee is required under 37 CFR 1.17(v) at this time.

☒ The IDS is accompanied by the IDS size fee under 37 CFR 1.17(v)(1).

☐ The IDS is accompanied by the IDS size fee under 37 CFR 1.17(v)(2).

☐ The IDS is accompanied by the IDS size fee under 37 CFR 1.17(v)(3).

### SIGNATURE

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Steven P. Arnheim/ | Date (YYYY-MM-DD) | 2026-02-09 |
|---|---|---|---|
| Name/Print | Steven P. Arnheim | Registration Number | 43,475 |

PC.1.19.25

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 19036972 |
| | Filing Date | 2025-01-24 |
| | First Named Inventor | David Kucharsky |
| | Art Unit | 3732 |
| | Examiner Name | Katherine M. Moran |
| | Attorney Docket Number | 141-1037 STX019-US-CON |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC.1.19.25