# EXHIBIT 21



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# APPROVAL LETTER

| APPLICATION # | FILING DATE | APPLICANT/PATENT UNDER REEXAMINATION |
|---|---|---|
| **19/036,972** | **01/24/2025** | **David Kucharsky** |

## Title of Invention

STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER PROTECTIVE GEAR

**Electronic terminal disclaimer filed on 02/05/2026**

☑ Approved

**This patent is subject to a Terminal Disclaimer**

**Approved / Disapproved by: Electronic Terminal Disclaimer automatically approved**

Doc Code: DIST.E.File
Description: Electronic Terminal Disclaimer - Filed

PTO/SB/25

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

## TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT

| APPLICATION # | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET # |
|---|---|---|---|
| **19036972** | **01/24/2025** | **David Kucharsky** | **141-1037 STX019-US-CON** |

## Title of Invention

STITCHLESS DORSAL PADDING FOR PROTECTIVE SPORTS GLOVES AND OTHER PROTECTIVE GEAR

 Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

 This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent interest |
|---|---|
| Wm. T. Burnett IP, LLC | 100% |
| **Total** | **100%** |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

| Application # | Filing Date |
|---|---|

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of prior patent number(s)

| Patent # |
|----------|
| 12274930 |

as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:

• expires for failure to pay a maintenance fee;
• is held unenforceable;
• is found invalid by a court of competent jurisdiction;
• is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
• has all claims canceled by a reexamination certificate;
• is reissued; or
• is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

 Terminal disclaimer fee under 37 CFR 1.20(d) included with Electronic Terminal Disclaimer request.

**Applicant claims the following entity status:**
Regular Undiscounted

---

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

I certify, in accordance with 37 CFR 1.4(d)(4) that I am: An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

| Signature | Name | Registration # |
| --- | --- | --- |
| /Steven Arnheim/ | STEVEN  ARNHEIM | 43475 |